# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

In re:

GO YE VILLAGE, INC.,

Case No. 15- 81287

Debtor.

Chapter 11

### AMENDED EMERGENCY MOTION FOR ORDER
### AUTHORIZING PAYMENT OF PREPETITION WAGES;
### BRIEF IN SUPPORT; AND NOTICE OF OPPORTUNITY FOR HEARING

*This Amended Motion is identical to the original Emergency Motion for Order Authorizing Payment of Pre-Petition Wages; Brief in Support; and Notice of Opportunity for Hearing filed November 30, 2015 (Doc. No. 4) except that certain personally identifiable information contained in Exhibit "A" has been redacted and the following paragraph regarding notice and hearing has been updated.*

EMERGENCY RELIEF LIMITED NOTICE AND AN EXPEDITED HEARING ON THIS MOTION HAVE BEEN REQUESTED. THE COURT SET AN EXPEDITED HEARING ON THIS MOTION FOR DECEMBER 2, 2015 AT 1:00 P.M. IN THE BANKRUPTCY COURT AT 111 W. 4TH ST., 2ND FLOOR, OKMULGEE, OKLAHOMA, 74447. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT AND IMMEDIATELY SERVE A COPY OF YOUR RESPONSE ON COUNSEL FOR DEBTOR AND ANY OTHER PARTY SPECIFIED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Go Ye Village, Inc., debtor and debtor-in-possession in the above captioned case ("Debtor"), files this motion (the "Motion") for entry of an order under 11 U.S.C. § 105, 363 and 507 authorizing Debtor, respecting the most recently completed pay period for Debtor's Employees, to (i) pay prepetition wages, salaries, and other cash compensation; (ii) pay payments for which prepetition payroll deductions, contributions, withholdings, garnishments or taxes were withheld; (iii) pay all

prepetition employee-funded and other insurance premiums, and (iv) pay all processing costs and administrative expenses relating to the foregoing.

In support of this Motion, Debtor states:

## JURISDICTION AND VENUE

1.  The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2).

2.  Venue is proper under 28 U.S.C. §§ 1408 and 1409.

3.  The statutory predicates for the relief sought include 11 U.S.C. §§ 105, 363, 507, and Federal Rule of Bankruptcy Procedure 6003.

## BACKGROUND

4.  On November 30, 2015 (the "Petition Date"), Debtor filed its voluntary petition for relief pursuant to chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in this Court (the "Bankruptcy Court").

5.  Debtor is an Oklahoma not-for-profit corporation formed in 1975.

6.  Debtor operates a fully accredited, continuous care retirement community for persons located at 1201 W. 4th Street in Talequah, Oklahoma. Debtor currently has approximately 300 residents in its community.

7.  Debtor continues to operate its business as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code. The United States Trustee has not appointed any official committees in this case, and no request has been made for the appointment of a trustee or examiner.

8.     Debtor currently employs 116 persons, 15 of whom are salaried and 101 of whom are paid on an hourly basis (collectively, "Employees").

9.     In the ordinary course of business, Employees are paid every two weeks in arrears. The Employees have been paid their prepetition wages and salaries through November 7, 2015 in the ordinary course of business. The next payroll, covering the pay period of November 8, 2015 through November 21, 2015 ("Pay Period") is due to be made (i.e. checks delivered and automatic deposits made) on December 3, 2015 ("Pay Day"). The entire December 3, 2015 payroll will consist of pre-Petition wages.

10.     The gross payroll, normal deductions and withholding, and net payroll for the Pay Period (December 3, 2015) are as follows:

| | |
|---|---|
| Total Wages | $108,791.99 |
| Deductions (garnishments, insurance processing fees) | $3.899.11 |
| Taxes, Withholding | $19,747.57 |
| Net Wages | $85,145.31 |

The payroll detail listing gross wages, deductions and net wages, for each employee is attached hereto as Exhibit "A".

## BASIS FOR RELIEF REQUESTED

11.     This Motion seeks approval to pay wages, withholding, deductions and processing fees included in the December 3, 2015 payroll in order to avoid potentially irreparable harm to the Employees and the reorganization efforts of Debtor.

12.     Section 363(b)(1) of the Bankruptcy Code provides:

> The trustee, after notice and a hearing, may use, sell, or lease, other than in
> the ordinary course of business, property of the estate.

11 U.S.C. § 363(b)(1). This section gives the court "broad flexibility in tailoring its orders

to meet a wide variety of circumstances." *In re Ionosphere Clubs, Inc.*, 98 B.R. 174,

175 (Bankr. S.D.N.Y. 1989). Before the Court can apply section 363(b) in its favor, the

debtor must "articulate some business justification, other than mere appeasements of

major creditors." *Id.* (the debtor gave "sound business reasons for its decision to pay

pre-petition wages," those reasons being that it was necessary to "serve and protect its

business and ultimately reorganize, retain its currently working Employees and

maintain positive employee morale"). Here, Debtor's request to pay prepetition

amounts related to the employee obligations satisfies this standard because the failure

to do so almost certainly would have a material adverse impact on Debtor's day-to-day

operations, and the care for Debtor's residents which would, in turn, hinder Debtor's

restructuring efforts.

13.     Section 105(a) of the Bankruptcy Code further provides in pertinent part:

> The court may issue any order, process, or judgment that is necessary or
> appropriate to carry out the provisions of this title.

This equitable power is granted to effect the policy of chapter 11 to rehabilitate the

debtor, *Ionosphere Clubs*, 98 B.R. at 176-77, and to "create a flexible mechanism that will

permit the greatest likelihood of survival of the debtor and payment of creditors in full

or at least proportionately." *Mich. Bureau of Workers' Disability Comp. v. Chateaugay Corp.*

*(In re Chateaugay Corp.)*, 80 B.R. 279, 287 (S.D.N.Y. 1987).

14.     Under the "doctrine of necessity" or "necessity of payment" rule, first articulated in *Miltenberger v. Logansport Ry. Co.*, 106 U.S. 286 (1882), bankruptcy courts can exercise these equitable powers "to authorize a debtor in a reorganization case to pay pre-petition claims where such payment is essential to the continued operation of the debtor." *Ionosphere Clubs*, 98 B.R. at 176; *see also In re Lehigh & N.E. Ry. Co.*, 657 F.2d 570, 581 (3d Cir. 1981) (payment of a claim arising before reorganization is authorized if it is "essential to the continuing operation of the [debtor]");

15.     The doctrine of necessity permits a deviation from the equal treatment of creditors because "otherwise there will be no reorganization and no creditor will have an opportunity to recoup any part of its prepetition claim." *In re United Am., Inc.*, 327 B.R. 776, 781 (Bankr. E.D. Va. 2005); *In re NVR L.P.*, 147 B.R. 126, 128 (Bankr. E.D. Va. 1992) (necessity of payment exception "well-established in bankruptcy common law").

16.     While § 105(a) alone is sufficient, *see Ionosphere Clubs*, 98 B.R. at 176, other courts have applied it in conjunction with §§ 1107(a) and 362(d) to allow payment of prepetition claims under the doctrine of necessity. *See In re CoServ, L.L.C.*, 273 B.R. 487, 496 (Bankr. N.D. Tex. 2002) (holding that there are occasions when the debtor inpossession's fiduciary duty to protect and preserve the estate "can only be fulfilled by the preplan satisfaction of a prepetition claim"); *In re CEI Roofing, Inc.*, 315 B.R. 50, 59 (Bankr. N.D. Tex. 2004) (opining that the debtor-in-possession and its "critical vendors" could request relief under § 362(d) for cause, such cause "being the urgency and

necessity of paying the prepetition claims, such payment being the only means of protecting the going concern value of the operating business in Chapter 11").

17.     Further, Rule 6003 of the Federal Rules of Bankruptcy Procedure provides that the bankruptcy court, if "necessary to avoid immediate and irreparable harm," may grant relief early in a case to "use, sell, lease, or otherwise incur an obligation regarding property of the estate, *including a motion to pay all or part of a claim that arose before the filing of the petition . . . .*" (emphasis added). Thus, Rule 6003 specifically contemplates granting relief to honor prepetition claims where necessary to preserve the estate and the debtor's prospects for reorganization and provides guidance on whether such authority should be granted immediately or delayed. As set forth herein, the relief requested in this Motion is necessary to avoid immediate and irreparable harm to Debtor's business. Accordingly, immediate approval is appropriate.

18.     Debtor's Employees and residents are understandably anxious about the bankruptcy filing. Many of Debtor's Employees rely exclusively on their wages from Debtor to meet their monthly financial obligations. Debtor believes that it would cause serious hardship upon its Employees and detrimental to the morale of the Employees to deny them payment of their wages and salaries during the pendency of this bankruptcy case. If the payment of their wages is disrupted or disallowed by virtue of the bankruptcy case, it will adversely affect the Employees' own financial situation. Percipitation some, perhaps a significant number, of the Employees to seek other employment which would substantially impair Debtor's reorganization efforts.

19. The continued productive participation by its Employees is crucial to the ability of Debtor to reorganize. Consequently, Debtor believes that it is in the best interest of this bankruptcy estate and the creditors that these Employees receive their compensation on a timely basis, which entails the post-petition payment of their prepetition claims.

20. Payroll taxes and deductions principally represent employee earnings that governments (in the case of taxes), Employees (in the case of voluntarily withheld amounts), and judicial authorities (in the case of involuntarily withheld amounts) have designated for deduction from Employees' paychecks. If Debtor does not remit those amounts, its Employees may face legal action and Debtor may be burdened by inquiries and disputes concerning their failure to submit legally required payments.

21. Additionally, Debtor believes that if it does not timely pay payroll taxes for the prepetition portion of the current pay period, it runs the risk that it will incur the assessment of penalties and interest on the unpaid taxes. Most, if not all, of the unremitted payroll taxes and deductions constitute moneys held in trust and are not property of Debtor bankruptcy estate. With respect to such amounts held in trust, Debtor believes it is entitled and required to continue directing such funds to the appropriate parties. *See Muck v. U.S.*, 3 F.3d 1378 (10th Cir. 1993); *DuCharmes & Co. v. Michigan (In re DuCharmes & Co.)*, 852 F.2d 194, 195-96 (6th Cir. 1988) (same).

22. Finally, Debtor believes the vast majority of the prepetition wage obligations seeks authority to fund would be entitled to priority treatment under

§§ 507(a)(4) and (a)(5) of the Bankruptcy Code. Pursuant to these sections, each Employee may be granted a priority claim for, among other things:

> allowed unsecured claims, but only to the extent of $12,475 for each individual or corporation, as the case may be, earned within 180 days before the date of the filing of the petition . . ., for –
>
> (A)     wages, salaries, or commissions, including vacation, severance, and sick leave pay earned by an individual ....

23.     To the best of Debtor's knowledge, the amount of each Employee's prepetition claim does not exceed the priority claim amounts set forth above. Thus, the relief requested in this Motion will only change the timing, and not the amount, of the payment of such amounts.

## NOTICE

24.     Notice of this Motion is being provided by overnight delivery, email, fax or hand-delivery to: (i) Bank of Oklahoma; (ii) the twenty largest unsecured creditors in this case; (iii) the Internal Revenue Service; and (iv) the Oklahoma Tax Commission and by the CM/ECF system to the Office of the United States Trustee. In light of the expedited nature of the relief requested herein and the irreparable harm to Debtor that may ensue if the relief requested is not granted, Debtor submits that no further notice need be given and that the notice provided by Debtor is sufficient.

## CONCLUSION

WHEREFORE, Debtor respectfully requests that the Court enter an Order authorizing it to pay the December 3, 2015 payroll including wages, withholding, deductions and processing fees, and granting such further relief as is just and proper.

DOERNER, SAUNDERS, DANIEL &
ANDERSON, L.L.P.

By:     /s/ Sam G. Bratton II
        Sam G. Bratton II, OBA No. 1086
        David H. Herrold, OBA No. 17053
        J. Patrick Mensching, OBA No. 6136
        Williams Center Tower II
        Two West Second St., Suite 700
        Tulsa, Oklahoma 74103
        Telephone (918) 582-1211
        Facsimile (918) 591-5360
        sbratton@dsda.com
        dherrold@dsda.com
        pmensching@dsda.com

## CERTIFICATE OF SERVICE

I hereby certify that copies of this Amended Motion were served December 1, 2015 by the CM/ECF system to all parties appearing in the case.

                    /s/ Sam G. Bratton II
                    Sam G. Bratton II

3632260v1

Employee ID    Name                          Soc Sec Number
-----------------------------------------------------------------------------------------------------------------

| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |
|------|----------|------|----------|----------|--------------|-------------|-------------|-----------|

000000000000007 Barton, Christie            ████-1457
   1100   Hourly      820NUR  8RNNUR       $11.320        80.00      $905.60
   2200   Overtime    820NUR  8RNNUR       $16.980         5.50       $93.39
                                                                ------------------
                                                                        $998.99

              Deductions:    PRETAX pretaxable insurance                          $42.36
                                                                             ------------------
                                                                                  $42.36

              Taxes On Wages: FICA Soc Sec Withheld                              $59.31
                              FICA Medicare Withheld                             $13.87
                              Federal Withheld                                  $102.44
                              OK State Withheld                                  $38.00
                                                                             ------------------
                                                                                 $213.62

                                                                             ------------------
                                                                                            $743.01
                                                                             ==================

000000000000009 Beaverson, Annette          ████-2266
   1100   Hourly      110ADM  1RCADM       $11.800        75.00      $885.00
   2000   Vacation    110ADM  1RCADM       $11.800         8.00       $94.40
                                                                ------------------
                                                                        $979.40

              Taxes On Wages: FICA Soc Sec Withheld                              $60.72
                              FICA Medicare Withheld                             $14.20
                              Federal Withheld                                   $66.79
                              OK State Withheld                                  $22.00
                                                                             ------------------
                                                                                 $163.71

                                                                             ------------------
                                                                                            $815.69
                                                                             ==================

000000000000013 Magnon, Tanya A             ████-2176
   1200   Salary      110ADM  1HRERR      $1,600.000                 $1,600.00
                                                                ------------------
                                                                      $1,600.00

              Taxes On Wages: FICA Soc Sec Withheld                              $99.20
                              FICA Medicare Withheld                             $23.20
                              Federal Withheld                                  $102.12
                              OK State Withheld                                  $44.00
                                                                             ------------------
                                                                                 $268.52

                                                                             ------------------
                                                                                          $1,331.48
                                                                             ==================

000000000000023 Crawford, Melissa           ████-9869
   1100   Hourly      810NUR  8PNNUR        $18.000        77.00     $1,386.00
                                                                ------------------
                                                                      $1,386.00

**EXHIBIT**

A

| Employee ID | Name | | | Soc Sec Number | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Taxes On Wages: FICA Soc Sec Withheld | | | $85.93 | |
| | | | | FICA Medicare Withheld | | | $20.09 | |
| | | | | OK State Withheld | | | $15.00 | |
| | | | | | | | ------------------ | |
| | | | | | | | $121.02 | |
| | | | | | | | | |
| | | | | | | | | ------------------ |
| | | | | | | | | $1,264.98 |
| | | | | | | | | ================= |

| 000000000000028 Murphy, Veronica Lee | | | | ▬-3564 | | | | |
|---|---|---|---|---|---|---|---|---|
| 1100 | Hourly | 820NUR | 8RNNUR | $11.480 | 80.00 | $918.40 | | |
| 2200 | Overtime | 820NUR | 8RNNUR | $17.220 | 3.75 | $64.58 | | |
| | | | | | | ------------------ | | |
| | | | | | | $982.98 | | |
| | | | | | | | | |
| | | | Deductions: | GARNSH Garnishment | | | $44.34 | |
| | | | | | | | ------------------ | |
| | | | | | | | $44.34 | |
| | | | | | | | | |
| | | | | Taxes On Wages: FICA Soc Sec Withheld | | | $60.95 | |
| | | | | FICA Medicare Withheld | | | $14.26 | |
| | | | | Federal Withheld | | | $20.00 | |
| | | | | OK State Withheld | | | $1.00 | |
| | | | | | | | ------------------ | |
| | | | | | | | $96.21 | |
| | | | | | | | | |
| | | | | | | | | ------------------ |
| | | | | | | | | $842.43 |
| | | | | | | | | ================= |

| 000000000000036 Ericksen, Roxanne | | | | 5▬-8401 | | | | |
|---|---|---|---|---|---|---|---|---|
| 1100 | Hourly | 810NUR | 8PTNUR | $14.000 | 1.25 | $17.50 | | |
| | | | | | | ------------------ | | |
| | | | | | | $17.50 | | |
| | | | | | | | | |
| | | | | Taxes On Wages: FICA Soc Sec Withheld | | | $1.08 | |
| | | | | FICA Medicare Withheld | | | $0.25 | |
| | | | | Federal Withheld | | | $16.17 | |
| | | | | | | | ------------------ | |
| | | | | | | | $17.50 | |
| | | | | | | | | |
| | | | | | | | | ------------------ |
| | | | | | | | | $0.00 |
| | | | | | | | | ================= |

| 000000000000041 Larrabee, Carrie A | | | | ▬4086 | | | | |
|---|---|---|---|---|---|---|---|---|
| 1200 | Salary | 810NUR | 8DNNUR | $1,760.000 | | $1,760.00 | | |
| | | | | | | ------------------ | | |
| | | | | | | $1,760.00 | | |
| | | | | | | | | |
| | | | | Taxes On Wages: FICA Soc Sec Withheld | | | $109.12 | |
| | | | | FICA Medicare Withheld | | | $25.52 | |
| | | | | OK State Withheld | | | $53.00 | |
| | | | | | | | ------------------ | |
| | | | | | | | $187.64 | |
| | | | | | | | | |
| | | | | | | | | ------------------ |

Employee ID     Name                          Soc Sec Number
--------------------------------------------------------------------------------------------------------------
    Code   Pay Type      Dept    Position       Pay Rate    Amount/Units   Gross Wages    Ben/Ded/Tax    Net Wages
--------------------------------------------------------------------------------------------------------------
                                                                                                        $1,572.36
                                                                                                     =================

000000000000043 Gourd, Virginia W          ████9195
    1100   Hourly        810NUR  8HPNUR       $9.700         42.25         $409.83
                                                                       ------------------
                                                                          $409.83

                        Taxes On Wages: FICA Soc Sec Withheld                            $25.41
                                        FICA Medicare Withheld                            $5.94
                                        Federal Withheld                                  $3.48
                                        OK State Withheld                                 $1.00
                                                                                    ------------------
                                                                                         $35.83

                                                                                                     ------------------
                                                                                                          $374.00
                                                                                                     =================

000000000000047 Hamilton, Ada Marie        ████1486
    1100   Hourly        810NUR  8HPNUR      $12.000         80.00         $960.00
    2200   Overtime      810NUR  8HPNUR      $18.000         17.50         $315.00
                                                                       ------------------
                                                                        $1,275.00

                        Deductions:      GARNSH Garnishment                              $248.07
                                         MOMAHA Mutual of Omaha                           $54.34
                                                                                    ------------------
                                                                                         $302.41

                        Taxes On Wages: FICA Soc Sec Withheld                            $79.05
                                        FICA Medicare Withheld                           $18.48
                                        Federal Withheld                                $140.19
                                        OK State Withheld                                $45.00
                                                                                    ------------------
                                                                                         $282.72

                                                                                                     ------------------
                                                                                                          $689.87
                                                                                                     =================

000000000000057 Justice, Margaret A        ████5833
    1200   Salary        110ADM  10MADM   $1,220.000                     $1,220.00
                                                                       ------------------
                                                                        $1,220.00

                        Deductions:      PRETAX pretaxable insurance                     $42.36
                                                                                    ------------------
                                                                                         $42.36

                        Taxes On Wages: FICA Soc Sec Withheld                            $73.01
                                        FICA Medicare Withheld                           $17.07
                                        Federal Withheld                                $110.00
                                        OK State Withheld                                $50.00
                                                                                    ------------------
                                                                                         $250.08

                                                                                                     ------------------
                                                                                                          $927.56

Employee ID    Name                        Soc Sec Number
-------------------------------------------------------------------------------------------------------
    Code    Pay Type      Dept   Position      Pay Rate   Amount/Units   Gross Wages     Ben/Ded/Tax        Net Wages
-------------------------------------------------------------------------------------------------------
                                                                                                     =================

000000000000065 Hedlock, Amia                       4673
    1200    Salary      820NUR  8RNNUR      $1,675.270                    $1,675.27
                                                                    ------------------
                                                                         $1,675.27

                            Taxes On Wages: FICA Soc Sec Withheld                          $103.86
                                            FICA Medicare Withheld                          $24.29
                                            Federal Withheld                               $181.10
                                            OK State Withheld                               $59.00
                                                                                    ------------------
                                                                                          $368.25


                                                                                                   ------------------
                                                                                                        $1,307.02
                                                                                                   =================

000000000000068 Miller, Penelope                    -5691
    1200    Salary      810NUR  6PAACT      $1,456.820                    $1,456.82
                                                                    ------------------
                                                                         $1,456.82

                        Deductions:     PRETAX pretaxable insurance                         $42.36
                                                                                    ------------------
                                                                                           $42.36

                            Taxes On Wages: FICA Soc Sec Withheld                           $87.70
                                            FICA Medicare Withheld                          $20.51
                                            Federal Withheld                               $173.11
                                            OK State Withheld                               $52.00
                                                                                    ------------------
                                                                                          $333.32


                                                                                                   ------------------
                                                                                                        $1,081.14
                                                                                                   =================

000000000000070 Moore, Billy                        2619
    1100    Hourly      810NUR  8RAID       $12.850        78.75         $1,011.94
    2000    Vacation    810NUR  8RAID       $12.850         6.00            $77.10
                                                                    ------------------
                                                                         $1,089.04

                        Deductions:     GARNSH Garnishment                                 $229.04
                                        PRETAX pretaxable insurance                         $42.36
                                        PROFEE Processing Fees                               $3.00
                                                                                    ------------------
                                                                                          $274.40

                            Taxes On Wages: FICA Soc Sec Withheld                           $64.89
                                            FICA Medicare Withheld                          $15.18
                                            Federal Withheld                               $76.81
                                            OK State Withheld                               $16.00
                                                                                    ------------------
                                                                                          $172.88


                                                                                                   ------------------
                                                                                                          $641.76

| Employee ID | Name | | Soc Sec Number | | | | |
|---|---|---|---|---|---|---|---|
| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |

| | | | | | | | | ================= |

**000000000000073 Norseworthy, Eldonna D**     ▇▇▇▇6164

| 1100 | Hourly | 820NUR | 8HRNUR | $9.380 | 71.75 | $673.02 | | |
| | | | | | | ----------------- | | |
| | | | | | | $673.02 | | |

Taxes On Wages: FICA Soc Sec Withheld          $41.73
                FICA Medicare Withheld          $9.76
                Federal Withheld                $36.15
                OK State Withheld               $22.00
                                            -----------------
                                                $109.64

                                                                    -----------------
                                                                             $563.38
                                                                    =================

**000000000000075 Norseworthy, Janie**     ▇▇▇▇9676

| 1200 | Salary | 720HOU | 7HKHOU | $960.960 | | $960.96 | | |
| | | | | | | ----------------- | | |
| | | | | | | $960.96 | | |

Deductions:     GARNSH Garnishment                     $206.45
                PRETAX pretaxable insurance             $42.36
                                                    -----------------
                                                        $248.81

Taxes On Wages: FICA Soc Sec Withheld          $56.95
                FICA Medicare Withheld         $13.32
                Federal Withheld               $42.89
                OK State Withheld              $22.00
                                            -----------------
                                                $135.16

                                                                    -----------------
                                                                             $576.99
                                                                    =================

**000000000000076 Norseworthy, Margie**     ▇▇▇▇6122

| 1100 | Hourly | 820NUR | 8RANUR | $10.340 | 52.50 | $542.85 | | |
| 1101 | Hourly | 820NUR | 8RANUR | $12.340 | 25.25 | $311.59 | | |
| | | | | | | ----------------- | | |
| | | | | | | $854.44 | | |

Deductions:     GARNSH Garnishment                     $176.95
                                                    -----------------
                                                        $176.95

Taxes On Wages: FICA Soc Sec Withheld          $52.98
                FICA Medicare Withheld         $12.39
                Federal Withheld               $64.29
                OK State Withheld              $17.00
                                            -----------------
                                                $146.66

                                                                    -----------------
                                                                             $530.83
                                                                    =================

Employee ID    Name                      Soc Sec Number
-----------------------------------------------------------------------------------------------------------
   Code   Pay Type      Dept   Position       Pay Rate   Amount/Units   Gross Wages   Ben/Ded/Tax    Net Wages
-----------------------------------------------------------------------------------------------------------

000000000000082 Poole, Amanda                   ████-8562
   1100   Hourly       810NUR  8PNNAA           $13.020          77.50    $1,009.05
                                                                        ------------------
                                                                             $1,009.05

                            Deductions:    PRETAX pretaxable insurance                      $42.36
                                                                                    ------------------
                                                                                         $42.36

                            Taxes On Wages: FICA Soc Sec Withheld                          $59.93
                                            FICA Medicare Withheld                         $14.02
                                            Federal Withheld                               $21.67
                                            OK State Withheld                               $7.00
                                                                                    ------------------
                                                                                        $102.62

                                                                                    ------------------
                                                                                        $864.07
                                                                                    ==================

000000000000087 Richardson, Jacob               ████-4108
   1200   Salary       110ADM  1CFO          $2,788.000                   $2,788.00
                                                                        ------------------
                                                                             $2,788.00

                            Deductions:    PRETAX pretaxable insurance                      $42.36
                                                                                    ------------------
                                                                                         $42.36

                            Taxes On Wages: FICA Soc Sec Withheld                         $170.23
                                            FICA Medicare Withheld                         $39.81
                                            Federal Withheld                              $403.43
                                            OK State Withheld                              $118.00
                                                                                    ------------------
                                                                                        $731.47

                                                                                    ------------------
                                                                                       $2,014.17
                                                                                    ==================

000000000000088 Richardson, James               ████-9558
   1200   Salary       110ADM  1CEO          $2,345.720                   $2,345.72
                                                                        ------------------
                                                                             $2,345.72

                            Taxes On Wages: FICA Soc Sec Withheld                         $145.43
                                            FICA Medicare Withheld                         $34.02
                                            Federal Withheld                              $641.67
                                            OK State Withheld                              $164.00
                                                                                    ------------------
                                                                                        $985.12

                                                                                    ------------------
                                                                                       $1,360.60
                                                                                    ==================

000000000000090 Ritchie, Madonna                ████-6591
   1100   Hourly       810NUR  8THEA           $12.800          80.00    $1,024.00

System:   11/25/2015 3:15:03 PM
User Date: 11/25/2015
Go Ye Village
CALCULATE CHECKS REPORT
U.S. Payroll
Page:     7
User ID: JACOB

| Employee ID | Name | | | Soc Sec Number | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |
| 2200 | Overtime | 810NUR | 8THEA | $19.200 | 0.50 | $9.60 | | |
| | | | | | | $1,033.60 | | |

|  | Taxes On Wages: | FICA Soc Sec Withheld | | $64.08 |
|---|---|---|---|---|
| | | FICA Medicare Withheld | | $14.98 |
| | | OK State Withheld | | $34.00 |
| | | | | $113.06 |

$920.54

**000000000000092 Rose, Karen** — 5868

| 1100 | Hourly | 820NUR | 8HRNUR | $9.550 | 80.00 | $764.00 | | |
|---|---|---|---|---|---|---|---|---|
| 2200 | Overtime | 820NUR | 8HRNUR | $14.325 | 0.75 | $10.74 | | |
| | | | | | | $774.74 | | |

| | Deductions: | MOMAHA Mutual of Omaha | | $7.30 |
|---|---|---|---|---|
| | | | | $7.30 |

| | Taxes On Wages: | FICA Soc Sec Withheld | | $48.03 |
|---|---|---|---|---|
| | | FICA Medicare Withheld | | $11.23 |
| | | Federal Withheld | | $37.09 |
| | | OK State Withheld | | $12.00 |
| | | | | $108.35 |

$659.09

**000000000000094 Russell, Wilma** — 1439

| 1100 | Hourly | 820NUR | 8RANUR | $11.000 | 62.00 | $682.00 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $682.00 | | |

| | Deductions: | PRETAX pretaxable insurance | | $42.36 |
|---|---|---|---|---|
| | | | | $42.36 |

| | Taxes On Wages: | FICA Soc Sec Withheld | | $39.66 |
|---|---|---|---|---|
| | | FICA Medicare Withheld | | $9.27 |
| | | Federal Withheld | | $11.85 |
| | | OK State Withheld | | $8.00 |
| | | | | $68.78 |

$570.86

**000000000000103 Smith, Lisa A** — 0152

| 1100 | Hourly | 810NUR | 8PNREC | $13.500 | 80.00 | $1,080.00 | | |
|---|---|---|---|---|---|---|---|---|
| 2200 | Overtime | 810NUR | 8PNREC | $20.250 | 6.75 | $136.69 | | |

| Employee ID | Name | | | Soc Sec Number | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |
| | | | | | | $1,216.69 | | |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| | Deductions: | PRETAX pretaxable insurance | | | $42.36 | |
| | | | | | ------------------ | |
| | | | | | $42.36 | |

| | Taxes On Wages: | FICA Soc Sec Withheld | | $72.81 |
|---|---|---|---|---|
| | | FICA Medicare Withheld | | $17.03 |
| | | Federal Withheld | | $155.96 |
| | | OK State Withheld | | $43.00 |
| | | | | ------------------ |
| | | | | $288.80 |

------------------
$885.53
==================

| 000000000000104 Hogner, Leah | | | | ▬▬6255 | | | | |
|---|---|---|---|---|---|---|---|---|
| 1100 | Hourly | 810NUR | 8HPNUR | $10.450 | 76.25 | $796.81 | | |
| | | | | | | ------------------ | | |
| | | | | | | $796.81 | | |

| | Taxes On Wages: | FICA Soc Sec Withheld | | $49.40 |
|---|---|---|---|---|
| | | FICA Medicare Withheld | | $11.55 |
| | | | | ------------------ |
| | | | | $60.95 |

------------------
$735.86
==================

| 000000000000108 Tavener, Paul | | | | ▬▬8315 | | | | |
|---|---|---|---|---|---|---|---|---|
| 1200 | Salary | 620CHA | 6CHCHA | $1,463.740 | | $1,463.74 | | |
| | | | | | | ------------------ | | |
| | | | | | | $1,463.74 | | |

| | Taxes On Wages: | FICA Soc Sec Withheld | | $90.76 |
|---|---|---|---|---|
| | | FICA Medicare Withheld | | $21.22 |
| | | Federal Withheld | | $95.52 |
| | | OK State Withheld | | $34.00 |
| | | | | ------------------ |
| | | | | $241.50 |

------------------
$1,222.24
==================

| 000000000000110 Thompson, Tina | | | | ▬▬7386 | | | | |
|---|---|---|---|---|---|---|---|---|
| 1100 | Hourly | 810NUR | 8HPNUR | $11.070 | 70.75 | $783.20 | | |
| | | | | | | ------------------ | | |
| | | | | | | $783.20 | | |

| | Taxes On Wages: | FICA Soc Sec Withheld | | $48.55 |
|---|---|---|---|---|
| | | FICA Medicare Withheld | | $11.36 |
| | | Federal Withheld | | $47.17 |
| | | OK State Withheld | | $31.00 |
| | | | | ------------------ |
| | | | | $138.08 |

| Employee ID | Name | | | Soc Sec Number | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |

|  |  |  |  |  |  |  |  | $645.12 |
|---|---|---|---|---|---|---|---|---|

**000000000000114 Wall, Paulette** —7209

| 1200 | Salary | 110ADM | 1SSE | $1,538.460 | | $1,538.46 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $1,538.46 | | |

Taxes On Wages: FICA Soc Sec Withheld $95.39
FICA Medicare Withheld $22.30
Federal Withheld $211.25
OK State Withheld $61.00
$389.94

|  |  |  |  |  |  |  |  | $1,148.52 |
|---|---|---|---|---|---|---|---|---|

**000000000000118 Williams, David** —9200

| 1200 | Salary | 110ADM | 1COO | $2,788.000 | | $2,788.00 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $2,788.00 | | |

Deductions:    PRETAX pretaxable insurance $42.36
$42.36

Taxes On Wages: FICA Soc Sec Withheld $170.23
FICA Medicare Withheld $39.81
Federal Withheld $287.81
OK State Withheld $101.00
$598.85

|  |  |  |  |  |  |  |  | $2,146.79 |
|---|---|---|---|---|---|---|---|---|

**000000000000119 Williams, Kathleen** —6604

| 1200 | Salary | 110ADM | 6SDSOC | $1,389.070 | | $1,389.07 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | $1,389.07 | | |

Deductions:    PRETAX pretaxable insurance $42.36
$42.36

Taxes On Wages: FICA Soc Sec Withheld $83.50
FICA Medicare Withheld $19.53
Federal Withheld $77.97
OK State Withheld $28.00
$209.00

|  |  |  |  |  |  |  |  | $1,137.71 |
|---|---|---|---|---|---|---|---|---|

Employee ID    Name                        Soc Sec Number
--------------------------------------------------------------------------------------------
    Code   Pay Type      Dept    Position      Pay Rate    Amount/Units    Gross Wages    Ben/Ded/Tax          Net Wages
--------------------------------------------------------------------------------------------

                                                                                        ================

000000000000133 VanDonkelaar, David H          ████-8205
    1100   Hourly       730MNT  7MWMNT         $14.900         76.75       $1,143.58
    2000   Vacation     730MNT  7MWMNT         $14.900          4.00          $59.60
                                                                        ------------------
                                                                           $1,203.18

                            Deductions:    PRETAX pretaxable insurance                  $42.36
                                                                                 ------------------
                                                                                        $42.36

                            Taxes On Wages: FICA Soc Sec Withheld                        $71.97
                                            FICA Medicare Withheld                       $16.83
                                            Federal Withheld                             $55.70
                                            OK State Withheld                            $31.00
                                                                                 ------------------
                                                                                       $175.50

                                                                                               ------------------
                                                                                                    $985.32
                                                                                               ================

000000000000141 Pickup, Chasley D              ████-0078
    1100   Hourly       810NUR  8PNMAA         $11.500         80.00         $920.00
    2200   Overtime     810NUR  8PNMAA         $17.250          4.00          $69.00
                                                                        ------------------
                                                                             $989.00

                            Taxes On Wages: FICA Soc Sec Withheld                        $61.31
                                            FICA Medicare Withheld                       $14.34
                                            OK State Withheld                            $32.00
                                                                                 ------------------
                                                                                       $107.65

                                                                                               ------------------
                                                                                                    $881.35
                                                                                               ================

000000000000164 Hummingbird, Margaret          ████-6611
    1100   Hourly       810NUR  8PNNUR         $17.000         80.00       $1,360.00
    2200   Overtime     810NUR  8PNNUR         $25.500          4.25         $108.38
                                                                        ------------------
                                                                           $1,468.38

                            Deductions:    GARNSH Garnishment                           $180.29
                                                                                 ------------------
                                                                                       $180.29

                            Taxes On Wages: FICA Soc Sec Withheld                        $91.04
                                            FICA Medicare Withheld                       $21.29
                                            Federal Withheld                            $118.14
                                            OK State Withheld                            $36.00
                                                                                 ------------------
                                                                                       $266.47

                                                                                               ------------------
                                                                                                  $1,021.62
                                                                                               ================

| Employee ID | Name | | | Soc Sec Number | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |

**000000000000248 Corn, Pauline E** ▬▬▬-6881

| 1200 | Salary | 720HOU | 7HSHOU | $1,224.000 | | $1,224.00 | | |
| | | | | | | ---------------- | | |
| | | | | | | $1,224.00 | | |

Taxes On Wages: FICA Soc Sec Withheld .......................... $75.89
                FICA Medicare Withheld ......................... $17.75
                Federal Withheld ............................... $62.02
                OK State Withheld .............................. $21.00
                                                          ------------------
                                                               $176.66

                                                                        ------------------
                                                                          $1,047.34
                                                                        ==================

**000000000000300 Lee, Rachael E** ▬▬▬-4297

| 1100 | Hourly | 820NUR | 8RANUR | $10.000 | 80.00 | $800.00 | | |
| 2200 | Overtime | 820NUR | 8RANUR | $15.000 | 19.50 | $292.50 | | |
| | | | | | | ---------------- | | |
| | | | | | | $1,092.50 | | |

Deductions:    GARNSH Garnishment ............................. $215.28
                                                          ------------------
                                                               $215.28

Taxes On Wages: FICA Soc Sec Withheld .......................... $67.73
                FICA Medicare Withheld ......................... $15.84
                Federal Withheld ............................... $112.82
                OK State Withheld .............................. $35.00
                                                          ------------------
                                                               $231.39

                                                                        ------------------
                                                                            $645.83
                                                                        ==================

**000000000000322 London, Ashlee** ▬▬▬-2290

| 1100 | Hourly | 710DIE | 7CKDIE | $11.500 | 80.00 | $920.00 | | |
| 2200 | Overtime | 710DIE | 7CKDIE | $17.250 | 9.25 | $159.56 | | |
| | | | | | | ---------------- | | |
| | | | | | | $1,079.56 | | |

Deductions:    ADVANC Payroll Advances ........................ $20.00
                GARNSH Garnishment ............................ $204.29
                                                          ------------------
                                                               $224.29

Taxes On Wages: FICA Soc Sec Withheld .......................... $66.94
                FICA Medicare Withheld ......................... $15.65
                Federal Withheld ............................... $142.80
                OK State Withheld .............................. $37.00
                                                          ------------------
                                                               $262.39

                                                                        ------------------
                                                                            $592.88
                                                                        ==================

System: 11/25/2015 3:15:03 PM
User Date: 11/25/2015

Go Ye Village
CALCULATE CHECKS REPORT
U.S. Payroll

Page: 12
User ID: JACOB

Employee ID    Name                          Soc Sec Number

| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |
|------|----------|------|----------|----------|--------------|-------------|-------------|-----------|

000000000000335 Johnson, Kalyn                ████-6976

| 1100 | Hourly | 820NUR | 8ADNUR | $19.000 | 70.50 | $1,339.50 | | |

$1,339.50

Taxes On Wages: FICA Soc Sec Withheld            $83.05
FICA Medicare Withheld           $19.42
Federal Withheld                 $120.73
OK State Withheld                $31.00
                                 ------------------
                                 $254.20

$1,085.30
==================

000000000000341 Lewis, Brandon                ████-0726

| 1100 | Hourly | 810NUR | 8PANUR | $10.750 | 57.00 | $612.75 | | |

$612.75

Taxes On Wages: FICA Soc Sec Withheld            $37.99
FICA Medicare Withheld           $8.88
Federal Withheld                 $40.85
OK State Withheld                $10.00
                                 ------------------
                                 $97.72

$515.03
==================

000000000000355 Cheatham, Alex R              ████-0009

| 1100 | Hourly   | 730MNT | 7MWMNT | $18.000 | 80.00 | $1,440.00 | | |
| 2200 | Overtime | 730MNT | 7MWMNT | $27.000 | 3.25  | $87.75    | | |

$1,527.75

Deductions:    PRETAX pretaxable insurance       $42.36
                                                 ------------------
                                                 $42.36

Taxes On Wages: FICA Soc Sec Withheld            $92.10
FICA Medicare Withheld           $21.54
Federal Withheld                 $149.83
OK State Withheld                $54.00
                                 ------------------
                                 $317.47

$1,167.92
==================

000000000000363 Bergman, Alessandria Leigh    ████-3953

| 1100 | Hourly | 720HOU | 7HKHOU | $8.000 | 63.50 | $508.00 | | |

$508.00

Employee ID    Name                          Soc Sec Number
--------------------------------------------------------------------------------------------------------

| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |
|------|----------|------|----------|----------|--------------|-------------|-------------|-----------|
| | | | Taxes On Wages: FICA Soc Sec Withheld | | | | $31.50 | |
| | | | | FICA Medicare Withheld | | | $7.36 | |
| | | | | Federal Withheld | | | $13.30 | |
| | | | | OK State Withheld | | | $4.00 | |
| | | | | | | | ------------------ | |
| | | | | | | | $56.16 | |
| | | | | | | | | ------------------ |
| | | | | | | | | $451.84 |
| | | | | | | | | ================== |
| **000000000000375 Releford, Angela K** | | | ____3948 | | | | | |
| 1100 | Hourly | 810NUR | 7HKHOU | $10.000 | 80.00 | $800.00 | | |
| 2200 | Overtime | 810NUR | 7HKHOU | $15.000 | 2.50 | $37.50 | | |
| | | | | | | ------------------ | | |
| | | | | | | $837.50 | | |
| | | | Deductions: | GARNSH Garnishment | | | $180.83 | |
| | | | | PRETAX pretaxable insurance | | | $42.36 | |
| | | | | | | | ------------------ | |
| | | | | | | | $223.19 | |
| | | | Taxes On Wages: FICA Soc Sec Withheld | | | | $49.30 | |
| | | | | FICA Medicare Withheld | | | $11.53 | |
| | | | | Federal Withheld | | | $48.36 | |
| | | | | OK State Withheld | | | $5.00 | |
| | | | | | | | ------------------ | |
| | | | | | | | $114.19 | |
| | | | | | | | | ------------------ |
| | | | | | | | | $500.12 |
| | | | | | | | | ================== |
| **000000000000386 Norwood, Kymon D** | | | ____8327 | | | | | |
| 1100 | Hourly | 710DIE | 7SCHEF | $14.500 | 80.00 | $1,160.00 | | |
| 2200 | Overtime | 710DIE | 7SCHEF | $21.750 | 18.00 | $391.50 | | |
| | | | | | | ------------------ | | |
| | | | | | | $1,551.50 | | |
| | | | Deductions: | PRETAX pretaxable insurance | | | $42.36 | |
| | | | | | | | ------------------ | |
| | | | | | | | $42.36 | |
| | | | Taxes On Wages: FICA Soc Sec Withheld | | | | $93.57 | |
| | | | | FICA Medicare Withheld | | | $21.88 | |
| | | | | Federal Withheld | | | $175.31 | |
| | | | | OK State Withheld | | | $57.00 | |
| | | | | | | | ------------------ | |
| | | | | | | | $347.76 | |
| | | | | | | | | ------------------ |
| | | | | | | | | $1,161.38 |
| | | | | | | | | ================== |
| **000000000000412 Adams-Sherrell, Lauren Ann** | | | ____0092 | | | | | |
| 1100 | Hourly | 810NUR | 8PAHUR | $10.500 | 73.50 | $771.75 | | |
| | | | | | | ------------------ | | |
| | | | | | | $771.75 | | |

System:    11/25/2015 3:15:03 PM
User Date: 11/25/2015

                          Go Ye Village
                      CALCULATE CHECKS REPORT
                         U.S. Payroll

Page:    14
User ID: JACOB

| Employee ID | Name | | Soc Sec Number | | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Taxes On Wages: | FICA Soc Sec Withheld | | | | | $47.85 | |
| | | FICA Medicare Withheld | | | | | $11.19 | |
| | | OK State Withheld | | | | | $4.00 | |
| | | | | | | | ------------------ | |
| | | | | | | | $63.04 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ------------------ | |
| | | | | | | | | $708.71 |
| | | | | | | | | ================== |

**000000000000442 Milroy, Naomi**    ▬▬3163

| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |
|---|---|---|---|---|---|---|---|---|
| 1100 | Hourly | 720HOU | 7HKHOU | $8.650 | 80.00 | $692.00 | | |
| 2200 | Overtime | 720HOU | 7HKHOU | $12.975 | 7.00 | $90.83 | | |
| | | | | | | ------------------ | | |
| | | | | | | $782.83 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Taxes On Wages: | FICA Soc Sec Withheld | | | | | $48.54 | |
| | | FICA Medicare Withheld | | | | | $11.35 | |
| | | Federal Withheld | | | | | $44.44 | |
| | | OK State Withheld | | | | | $17.00 | |
| | | | | | | | ------------------ | |
| | | | | | | | $121.33 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ------------------ | |
| | | | | | | | | $661.50 |
| | | | | | | | | ================== |

**000000000000445 Sharp, Susan L**    ▬▬-3487

| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |
|---|---|---|---|---|---|---|---|---|
| 1100 | Hourly | 820NUR | 8RAC | $13.500 | 80.00 | $1,080.00 | | |
| 2200 | Overtime | 820NUR | 8RAC | $20.250 | 8.00 | $162.00 | | |
| | | | | | | ------------------ | | |
| | | | | | | $1,242.00 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Taxes On Wages: | FICA Soc Sec Withheld | | | | | $77.01 | |
| | | FICA Medicare Withheld | | | | | $18.01 | |
| | | Federal Withheld | | | | | $84.18 | |
| | | OK State Withheld | | | | | $24.00 | |
| | | | | | | | ------------------ | |
| | | | | | | | $203.20 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ------------------ | |
| | | | | | | | | $1,038.80 |
| | | | | | | | | ================== |

**000000000000448 Johnson, Sharon B**    ▬▬-0467

| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |
|---|---|---|---|---|---|---|---|---|
| 1200 | Salary | 710DIE | 7SDIE | $1,420.000 | | $1,420.00 | | |
| | | | | | | ------------------ | | |
| | | | | | | $1,420.00 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Taxes On Wages: | FICA Soc Sec Withheld | | | | | $88.04 | |
| | | FICA Medicare Withheld | | | | | $20.59 | |
| | | Federal Withheld | | | | | $110.88 | |
| | | OK State Withheld | | | | | $43.00 | |
| | | | | | | | ------------------ | |
| | | | | | | | $262.51 | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | ------------------ | |
| | | | | | | | | $1,157.49 |

| Employee ID | Name | | Soc Sec Number | | | | |
|---|---|---|---|---|---|---|---|
| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |

================

**000000000000455 Rippetoe, Jennifer L**    ████4793

| 1100 | Hourly | 810NUR | 8PANUR | $10.000 | 55.75 | $557.50 | | |
| | | | | | | $557.50 | | |

Taxes On Wages: FICA Soc Sec Withheld ... $34.57
FICA Medicare Withheld ... $8.08
Federal Withheld ... $3.63
OK State Withheld ... $4.00
$50.28

$507.22
================

**000000000000456 Johnson, Katie**    ████0681

| 1100 | Hourly | 710DIE | 7DHDIE | $10.500 | 80.00 | $840.00 | | |
| 2200 | Overtime | 710DIE | 7DHDIE | $15.750 | 12.25 | $192.94 | | |
| | | | | | | $1,032.94 | | |

Taxes On Wages: FICA Soc Sec Withheld ... $64.04
FICA Medicare Withheld ... $14.97
Federal Withheld ... $135.81
OK State Withheld ... $34.00
$248.82

$784.12
================

**000000000000460 Kennedy, Rita Gwen**    ████8680

| 1100 | Hourly | 110ADM | 1OSE | $12.500 | 66.50 | $831.25 | | |
| | | | | | | $831.25 | | |

Taxes On Wages: FICA Soc Sec Withheld ... $51.54
FICA Medicare Withheld ... $12.05
Federal Withheld ... $37.36
OK State Withheld ... $22.00
$122.95

$708.30
================

**000000000000469 Fuson, Jerlean**    ████5764

| 1100 | Hourly | 720HOU | 7HKHOU | $9.660 | 64.00 | $618.24 | | |
| 2000 | Vacation | 720HOU | 7HKHOU | $9.660 | 16.00 | $154.56 | | |
| | | | | | | $772.80 | | |

Taxes On Wages: FICA Soc Sec Withheld ... $47.91
FICA Medicare Withheld ... $11.21

| Employee ID | Name | | | Soc Sec Number | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |

|  |  |  |  | Federal Withheld |  |  | $46.13 |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  | OK State Withheld |  |  | $4.00 |  |
|  |  |  |  |  |  |  | ----------------- |  |
|  |  |  |  |  |  |  | $109.25 |  |
|  |  |  |  |  |  |  |  | ----------------- |
|  |  |  |  |  |  |  |  | $663.55 |
|  |  |  |  |  |  |  |  | ================= |

**00000000000470 Winsett, Jessica          ████ 1815**

| 1100 | Hourly | 710D1E | 7DHD1E | $10.000 | 45.25 | $452.50 |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | ----------------- |  |  |
|  |  |  |  |  |  | $452.50 |  |  |

|  |  |  | Taxes On Wages: | FICA Soc Sec Withheld |  |  | $28.05 |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  | FICA Medicare Withheld |  |  | $6.57 |  |
|  |  |  |  | Federal Withheld |  |  | $22.37 |  |
|  |  |  |  | OK State Withheld |  |  | $3.00 |  |
|  |  |  |  |  |  |  | ----------------- |  |
|  |  |  |  |  |  |  | $59.99 |  |
|  |  |  |  |  |  |  |  | ----------------- |
|  |  |  |  |  |  |  |  | $392.51 |
|  |  |  |  |  |  |  |  | ================= |

**00000000000471 Howard, Carole          ████ 6248**

| 1100 | Hourly | 810NUR | 8PNNUR | $18.000 | 80.00 | $1,440.00 |  |  |
|---|---|---|---|---|---|---|---|---|
| 2200 | Overtime | 810NUR | 8PNNUR | $27.000 | 5.50 | $148.50 |  |  |
|  |  |  |  |  |  | ----------------- |  |  |
|  |  |  |  |  |  | $1,588.50 |  |  |

|  |  |  | Deductions: | PRETAX pretaxable insurance |  |  | $42.36 |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  | ----------------- |  |
|  |  |  |  |  |  |  | $42.36 |  |

|  |  |  | Taxes On Wages: | FICA Soc Sec Withheld |  |  | $95.86 |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  | FICA Medicare Withheld |  |  | $22.42 |  |
|  |  |  |  | Federal Withheld |  |  | $213.17 |  |
|  |  |  |  | OK State Withheld |  |  | $61.00 |  |
|  |  |  |  |  |  |  | ----------------- |  |
|  |  |  |  |  |  |  | $392.45 |  |
|  |  |  |  |  |  |  |  | ----------------- |
|  |  |  |  |  |  |  |  | $1,153.69 |
|  |  |  |  |  |  |  |  | ================= |

**00000000000478 Ward, Anthony H          ████ 5847**

| 1200 | Salary | 110ADM | 1ESD | $1,715.290 |  | $1,715.29 |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | ----------------- |  |  |
|  |  |  |  |  |  | $1,715.29 |  |  |

|  |  |  | Taxes On Wages: | FICA Soc Sec Withheld |  |  | $106.35 |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  | FICA Medicare Withheld |  |  | $24.87 |  |
|  |  |  |  | Federal Withheld |  |  | $180.18 |  |
|  |  |  |  | OK State Withheld |  |  | $74.00 |  |
|  |  |  |  |  |  |  | ----------------- |  |
|  |  |  |  |  |  |  | $385.40 |  |

System:  11/25/2015 3:15:03 PM      Go Ye Village      Page: 17
User Date: 11/25/2015      CALCULATE CHECKS REPORT      User ID: JACOB
     U.S. Payroll

| Employee ID | Name | | | Soc Sec Number | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $1,329.89 |

**00000000000480 Stone, Marla Jo**    ▪▪▪▪-4303

| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |
|---|---|---|---|---|---|---|---|---|
| 1100 | Hourly | 810NUR | 8PANUR | $9.000 | 62.00 | $558.00 | | |
| | | | | | | $558.00 | | |

Taxes On Wages: FICA Soc Sec Withheld    $34.59
FICA Medicare Withheld    $8.09
Federal Withheld    $54.57
OK State Withheld    $9.00
$106.25

$451.75

**00000000000481 Ward, Pamela**    ▪▪▪▪-9319

| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |
|---|---|---|---|---|---|---|---|---|
| 1200 | Salary | 110ADM | 6ADACT | $1,280.000 | | $1,280.00 | | |
| | | | | | | $1,280.00 | | |

Taxes On Wages: FICA Soc Sec Withheld    $79.36
FICA Medicare Withheld    $18.56
Federal Withheld    $111.81
OK State Withheld    $28.00
$237.73

$1,042.27

**00000000000492 Hill, Deena L**    ▪▪▪▪-0017

| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |
|---|---|---|---|---|---|---|---|---|
| 1200 | Salary | 810NUR | 8NAADM | $2,692.310 | | $2,692.31 | | |
| | | | | | | $2,692.31 | | |

Deductions:    PRETAX pretaxable insurance    $42.36
$42.36

Taxes On Wages: FICA Soc Sec Withheld    $164.30
FICA Medicare Withheld    $38.42
Federal Withheld    $207.68
OK State Withheld    $90.00
$500.40

$2,149.55

**00000000000495 Johnson, Rick D**    ▪▪▪▪-4258

| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |
|---|---|---|---|---|---|---|---|---|
| 1200 | Salary | 730MNT | 7MWMNT | $1,920.000 | | $1,920.00 | | |

Employee ID    Name                          Soc Sec Number
--------------------------------------------------------------------------------------------------------
   Code   Pay Type      Dept   Position      Pay Rate    Amount/Units    Gross Wages    Ben/Ded/Tax     Net Wages
--------------------------------------------------------------------------------------------------------
                                                                          $1,920.00

                             Deductions:    PRETAX pretaxable insurance                     $42.36
                                                                                    ------------------
                                                                                           $42.36

                             Taxes On Wages: FICA Soc Sec Withheld                         $116.41
                                             FICA Medicare Withheld                         $27.23
                                             Federal Withheld                             $201.45
                                             OK State Withheld                             $78.00
                                                                                    ------------------
                                                                                          $423.09

                                                                                                   ------------------
                                                                                                        $1,454.55
                                                                                                   ==================

000000000000497 Hayes, Brittany                      8685
   1100  Hourly       710DIE  7DHDIE        $9.000          80.00       $720.00
   2200  Overtime     710DIE  7DHDIE        $13.500          2.00        $27.00
                                                                  ------------------
                                                                          $747.00

                             Taxes On Wages: FICA Soc Sec Withheld                          $46.31
                                             FICA Medicare Withheld                         $10.83
                                             Federal Withheld                              $28.93
                                             OK State Withheld                              $3.00
                                                                                    ------------------
                                                                                           $89.07

                                                                                                   ------------------
                                                                                                          $657.93
                                                                                                   ==================

000000000000506 Paulsen, Nathan                      2749
   1100  Hourly       730MNT  7MWMNT        $10.000         60.00       $600.00
                                                                  ------------------
                                                                          $600.00

                             Taxes On Wages: FICA Soc Sec Withheld                          $37.20
                                             FICA Medicare Withheld                         $8.70
                                             Federal Withheld                              $60.87
                                             OK State Withheld                              $11.00
                                                                                    ------------------
                                                                                          $117.77

                                                                                                   ------------------
                                                                                                          $482.23
                                                                                                   ==================

000000000000507 Johnson, Daryl E                     1121
   1100  Hourly       730MNT  7MWMNT        $15.000         80.00     $1,200.00
   2200  Overtime     730MNT  7MWMNT        $22.500          8.25       $185.63
                                                                  ------------------
                                                                        $1,385.63

                             Deductions:    PRETAX pretaxable insurance                    $218.49
                                                                                    ------------------
                                                                                          $218.49

Employee ID    Name                        Soc Sec Number
--------------------------------------------------------------------------------------------------------
    Code   Pay Type      Dept    Position      Pay Rate   Amount/Units   Gross Wages   Ben/Ded/Tax      Net Wages
--------------------------------------------------------------------------------------------------------

|  |  |  |  |
|---|---|---|---|
| | Taxes On Wages: FICA Soc Sec Withheld | | $72.36 |
| | FICA Medicare Withheld | | $16.92 |
| | Federal Withheld | | $94.88 |
| | OK State Withheld | | $41.00 |
| | | | ------------------ |
| | | | $225.16 |

                                                                                        ------------------
                                                                                              $941.98
                                                                                        ==================

| 000000000000522 Hogan, Rachel Renee |  |  | ▬1498 |  |  |  |
|---|---|---|---|---|---|---|
| 1100 | Hourly | 810NUR 8PANUR | $10.000 | 49.00 | $490.00 | |
| | | | | | ------------------ | |
| | | | | | $490.00 | |

| | Taxes On Wages: FICA Soc Sec Withheld | | $30.38 |
|---|---|---|---|
| | FICA Medicare Withheld | | $7.11 |
| | Federal Withheld | | $26.12 |
| | OK State Withheld | | $4.00 |
| | | | ------------------ |
| | | | $67.61 |

                                                                                        ------------------
                                                                                              $422.39
                                                                                        ==================

| 000000000000524 Osburn, Taylor Michelle |  |  | ▬8635 |  |  |  |
|---|---|---|---|---|---|---|
| 1100 | Hourly | 810NUR 8PNNUR | $18.000 | 17.00 | $306.00 | |
| | | | | | ------------------ | |
| | | | | | $306.00 | |

| | Taxes On Wages: FICA Soc Sec Withheld | | $18.97 |
|---|---|---|---|
| | FICA Medicare Withheld | | $4.44 |
| | Federal Withheld | | $22.33 |
| | OK State Withheld | | $1.00 |
| | | | ------------------ |
| | | | $46.74 |

                                                                                        ------------------
                                                                                              $259.26
                                                                                        ==================

| 000000000000528 Brave, Donna M |  |  | ▬8227 |  |  |  |
|---|---|---|---|---|---|---|
| 1100 | Hourly | 720HOU 7HKHOU | $9.000 | 80.00 | $720.00 | |
| 2200 | Overtime | 720HOU 7HKHOU | $13.500 | 15.00 | $202.50 | |
| | | | | | ------------------ | |
| | | | | | $922.50 | |

| | Taxes On Wages: FICA Soc Sec Withheld | | $57.20 |
|---|---|---|---|
| | FICA Medicare Withheld | | $13.37 |
| | Federal Withheld | | $65.39 |
| | OK State Withheld | | $24.00 |
| | | | ------------------ |
| | | | $159.96 |

                                                                                        ------------------

Employee ID    Name                          Soc Sec Number
-----------------------------------------------------------------------------------------------------

| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |
|------|----------|------|----------|----------|--------------|-------------|-------------|-----------|
| | | | | | | | | $762.54 |
| | | | | | | | | ================= |

000000000000547 Poddiq, Shawn Rena         ████─4641

| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |
|------|----------|------|----------|----------|--------------|-------------|-------------|-----------|
| 1100 | Hourly | 810NUR | 8PANUR | $10.500 | 77.75 | $816.38 | | |
| | | | | | | ------------------ | | |
| | | | | | | $816.38 | | |

                     Deductions:      GARNSH Garnishment                          $159.40
                                                                          ------------------
                                                                                 $159.40

                     Taxes On Wages: FICA Soc Sec Withheld                         $50.61
                                     FICA Medicare Withheld                        $11.84
                                     Federal Withheld                              $93.32
                                     OK State Withheld                             $23.00
                                                                          ------------------
                                                                                 $178.77

                                                                          ------------------
                                                                                 $478.21
                                                                          =================

000000000000550 Kirby, Shawn Alan          ████─9935

| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |
|------|----------|------|----------|----------|--------------|-------------|-------------|-----------|
| 1100 | Hourly | 820NUR | 8RNNUR | $17.500 | 80.00 | $1,400.00 | | |
| 2200 | Overtime | 820NUR | 8RNNUR | $26.250 | 5.75 | $150.94 | | |
| | | | | | | ------------------ | | |
| | | | | | | $1,550.94 | | |

                     Deductions:      GARNSH Garnishment                           $95.72
                                                                          ------------------
                                                                                  $95.72

                     Taxes On Wages: FICA Soc Sec Withheld                         $96.16
                                     FICA Medicare Withheld                        $22.49
                                     Federal Withheld                             $152.45
                                     OK State Withheld                             $42.00
                                                                          ------------------
                                                                                 $313.10

                                                                          ------------------
                                                                               $1,142.12
                                                                          =================

000000000000552 Kelley, Charles E          ████─0183

| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |
|------|----------|------|----------|----------|--------------|-------------|-------------|-----------|
| 1100 | Hourly | 110ADM | 1PTTRA | $9.000 | 33.25 | $299.25 | | |
| | | | | | | ------------------ | | |
| | | | | | | $299.25 | | |

                     Taxes On Wages: FICA Soc Sec Withheld                         $18.55
                                     FICA Medicare Withheld                         $4.33
                                                                          ------------------
                                                                                  $22.88

                                                                          ------------------
                                                                                 $276.37
                                                                          =================

000000000000561 Smith, Brittany M          ████─2790

Employee ID    Name                        Soc Sec Number
-------------------------------------------------------------------------------------------------------

| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |
|------|----------|------|----------|----------|--------------|-------------|-------------|-----------|
| 1100 | Hourly | 720HOU | 7HKHOU | $8.000 | 75.50 | $604.00 | | |
| | | | | . | | ------------------ | | |
| | | | | | | $604.00 | | |

|  | Taxes On Wages: | FICA Soc Sec Withheld | | | | | $37.45 | |
|  | | FICA Medicare Withheld | | | | | $8.76 | |
|  | | Federal Withheld | | | | | $39.54 | |
|  | | OK State Withheld | | | | | $10.00 | |
|  | | | | | | | ------------------ | |
|  | | | | | | | $95.75 | |

                                                                                    ------------------
                                                                                              $508.25
                                                                                    ==================

000000000000562 Ritchie, Jamie L          ▓▓▓▓▓1575
| 1100 | Hourly | 810NUR | 8HPNUR | $9.000 | 67.00 | $603.00 | | |
| | | | | | | ------------------ | | |
| | | | | | | $603.00 | | |

|  | Taxes On Wages: | FICA Soc Sec Withheld | | | | | $37.39 | |
|  | | . FICA Medicare Withheld | | | | | $8.74 | |
|  | | Federal Withheld | | | | | $39.39 | |
|  | | OK State Withheld | | | | | $10.00 | |
|  | | | | | | | ------------------ | |
|  | | | | | | | $95.52 | |

                                                                                    ------------------
                                                                                              $507.48
                                                                                    ==================

000000000000567 Thompson, Jody Lynn       ▓▓▓▓8434
| 1100 | Hourly | 810NUR | 8PNMAA | $11.000 | 69.00 | $759.00 | | |
| | | | | | | ------------------ | | |
| | | | | | | $759.00 | | |

|  | Taxes On Wages: | FICA Soc Sec Withheld | | | | | $47.06 | |
|  | | FICA Medicare Withheld | | | | | $11.00 | |
|  | | Federal Withheld | | | | | $5.00 | |
|  | | OK State Withheld | | | | | $6.00 | |
|  | | | | | | | ------------------ | |
|  | | | | | | | $69.06 | |

                                                                                    ------------------
                                                                                              $689.94
                                                                                    ==================

000000000000572 Hayes, Lamonte            ▓▓▓▓-4186
| 1100 | Hourly | 710DIE | 7CKDIE | $10.000 | 80.00 | $800.00 | | |
| | | | | | | ------------------ | | |
| | | | | | | $800.00 | | |

|  | Deductions: | GARNSH Garnishment | | | | | $276.92 | |
|  | | PRETAX pretaxable insurance | | | | | $42.36 | |
|  | | | | | | | ------------------ | |
|  | | | | | | | $319.28 | |

|  | Taxes On Wages: | FICA Soc Sec Withheld | | | | | $46.97 | |
|  | | FICA Medicare Withheld | | | | | $10.99 | |

Employee ID    Name                          Soc Sec Number

| | Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |
|---|---|---|---|---|---|---|---|---|---|

Federal Withheld                                        $84.51
OK State Withheld                                       $20.00
                                                  ------------------
                                                        $162.47

                                                                          ------------------
                                                                              $318.25
                                                                          ==================

000000000000594 Cook, Katherine Marie        ████4394
  1100   Hourly       810NUR  8PNMAA          $10.250        64.75        $663.69
                                                                  ------------------
                                                                      $663.69

                     Taxes On Wages: FICA Soc Sec Withheld                $41.15
                                     FICA Medicare Withheld                $9.62
                                     Federal Withheld                     $35.22
                                     OK State Withheld                      $2.00
                                                                  ------------------
                                                                          $87.99

                                                                          ------------------
                                                                              $575.70
                                                                          ==================

000000000000600 DeBord, Lorrie M             ████-6315
  1100   Hourly       710DIE  7DHDIE          $11.000        80.00        $880.00
  2200   Overtime     710DIE  7DHDIE          $16.500         6.75        $111.38
                                                                  ------------------
                                                                      $991.38

                     Taxes On Wages: FICA Soc Sec Withheld                $61.47
                                     FICA Medicare Withheld               $14.38
                                     OK State Withheld                     $9.00
                                                                  ------------------
                                                                          $84.85

                                                                          ------------------
                                                                              $906.53
                                                                          ==================

000000000000602 Horn, Olivia Grace           ████-5639
  1100   Hourly       810NUR  8PNNUR          $18.000        76.75        $1,381.50
                                                                  ------------------
                                                                      $1,381.50

                     Taxes On Wages: FICA Soc Sec Withheld                $85.66
                                     FICA Medicare Withheld               $20.03
                                     Federal Withheld                    $178.09
                                     OK State Withheld                     $52.00
                                                                  ------------------
                                                                          $335.78

                                                                          ------------------
                                                                              $1,045.72
                                                                          ==================

000000000000603 Poole, Jessie A              ████6257

System:      11/25/2015 3:15:03 PM
User Date:   11/25/2015

                              Go Ye Village
                         CALCULATE CHECKS REPORT
                             U.S. Payroll

Page:      23
User ID: JACOB

| Employee ID | Name | | Soc Sec Number | | | | |
|---|---|---|---|---|---|---|---|
| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |
| 1100 | Hourly | 730MNT | 1PTTRA | $12.000 | 78.25 | $939.00 | | |
| | | | | | | $939.00 | | |

Deductions:    PRETAX pretaxable insurance                        $42.36
                                                      ------------------
                                                                  $42.36

Taxes On Wages: FICA Soc Sec Withheld                             $55.59
                FICA Medicare Withheld                            $13.00
                Federal Withheld                                  $58.51
                OK State Withheld                                  $9.00
                                                      ------------------
                                                                 $136.10

                                                      ------------------
                                                                 $760.54
                                                      ==================

| 000000000000605 Locust, Summer Kay | | ▪▪▪▪-2892 | | | | | |
|---|---|---|---|---|---|---|---|
| 1100 | Hourly | 810NUR | 8PNMAA | $10.250 | 16.50 | $169.13 | | |
| | | | | | | $169.13 | | |

Taxes On Wages: FICA Soc Sec Withheld                            $10.49
                FICA Medicare Withheld                            $2.45
              • Federal Withheld                                  $8.64
                                                      ------------------
                                                                  $21.58

                                                      ------------------
                                                                 $147.55
                                                      ==================

| 000000000000611 Goedecke, Taylor C | | ▪▪▪▪9158 | | | | | |
|---|---|---|---|---|---|---|---|
| 1100 | Hourly | 810NUR | 8PANUR | $9.000 | 65.25 | $587.25 | | |
| | | | | | | $587.25 | | |

Taxes On Wages: FICA Soc Sec Withheld                            $36.41
                FICA Medicare Withheld                            $8.52
                Federal Withheld                                 $58.95
                OK State Withheld                                $11.00
                                                      ------------------
                                                                 $114.88

                                                      ------------------
                                                                 $472.37
                                                      ==================

| 000000000000613 Cummings, Maranda L | | ▪▪▪▪7200 | | | | | |
|---|---|---|---|---|---|---|---|
| 1100 | Hourly | 720HOU | 7HKHOU | $8.250 | 75.75 | $624.94 | | |
| | | | | | | $624.94 | | |

Deductions:    PRETAX pretaxable insurance                       $42.36
                                                      ------------------
                                                                  $42.36

Employee ID     Name                          Soc Sec Number
--------------------------------------------------------------------------------------------------------
    Code   Pay Type      Dept   Position       Pay Rate    Amount/Units   Gross Wages   Ben/Ded/Tax      Net Wages
--------------------------------------------------------------------------------------------------------

                              Taxes On Wages: FICA Soc Sec Withheld                          $36.12
                                              FICA Medicare Withheld                          $8.45
                                              Federal Withheld                               $36.33
                                              OK State Withheld                               $9.00
                                                                                     -------------------
                                                                                            $89.90


                                                                                                        -------------------
                                                                                                                $492.68
                                                                                                        ===================

000000000000614 Ramos, Brenda              ████████9360
    1100   Hourly        820NUR  8RANUR         $9.000          68.50        $616.50
                                                                      -------------------
                                                                            $616.50

                              Taxes On Wages: FICA Soc Sec Withheld                          $38.23
                                              FICA Medicare Withheld                          $8.94
                                              OK State Withheld                              $12.00
                                                                                     -------------------
                                                                                            $59.17


                                                                                                        -------------------
                                                                                                                $557.33
                                                                                                        ===================

000000000000615 Herold, Karina J           ████████5792
    1100   Hourly        810NUR  8PANUR        $10.000          22.25        $222.50
                                                                      -------------------
                                                                            $222.50

                              Taxes On Wages: FICA Soc Sec Withheld                          $13.80
                                              FICA Medicare Withheld                          $3.23
                                                                                     -------------------
                                                                            $17.03


                                                                                                        -------------------
                                                                                                                $205.47
                                                                                                        ===================

000000000000616 Childers, Katherine F      ████████1288
    1100   Hourly        810NUR  8PNNUR        $18.000          74.50      $1,341.00
                                                                      -------------------
                                                                          $1,341.00

                              Taxes On Wages: FICA Soc Sec Withheld                          $83.14
                                              FICA Medicare Withheld                         $19.44
                                              Federal Withheld                              $172.02
                                              OK State Withheld                              $50.00
                                                                                     -------------------
                                                                                           $324.60


                                                                                                        -------------------
                                                                                                              $1,016.40
                                                                                                        ===================

000000000000625 Anderson, Dawn Nicole      ████████5550
    1100   Hourly        810NUR  8PANUR        $10.000          68.75        $687.50

```
Employee ID    Name                      Soc Sec Number
---------------------------------------------------------------------------------------------------
   Code  Pay Type      Dept    Position      Pay Rate   Amount/Units   Gross Wages   Ben/Ded/Tax    Net Wages
---------------------------------------------------------------------------------------------------
                                                                      -----------------
                                                                          $687.50

                              Taxes On Wages: FICA Soc Sec Withheld                     $42.63
                                              FICA Medicare Withheld                     $9.97
                                              Federal Withheld                          $31.25
                                              OK State Withheld                         $12.00
                                                                                  -----------------
                                                                                        $95.85

                                                                                              -----------------
                                                                                                  $591.65
                                                                                              =================
000000000000634 Smith, Cale J                  ████████8791
   1100  Hourly        710DIE  7SCHEF          $13.000        61.25     $796.25
                                                                      -----------------
                                                                         $796.25

                              Taxes On Wages: FICA Soc Sec Withheld                     $49.36
                                              FICA Medicare Withheld                    $11.55
                                              Federal Withheld                          $33.86
                                              OK State Withheld                         $20.00
                                                                                  -----------------
                                                                                       $114.77

                                                                                              -----------------
                                                                                                  $681.48
                                                                                              =================
000000000000635 Ousley, Baker A                ██████-5295
   1100  Hourly        110ADM  1MPSP           $10.000        78.25     $782.50
                                                                      -----------------
                                                                         $782.50

                              Taxes On Wages: FICA Soc Sec Withheld                     $48.52
                                              FICA Medicare Withheld                    $11.35
                                              Federal Withheld                          $44.39
                                              OK State Withheld                         $17.00
                                                                                  -----------------
                                                                                       $121.26

                                                                                              -----------------
                                                                                                  $661.24
                                                                                              =================
000000000000637 Fisher, Beckie Marie           ███████5196
   1100  Hourly        810NUR  8PANUR           $9.000        80.00     $720.00
   2200  Overtime      810NUR  8PANUR          $13.500         5.75      $77.63
                                                                      -----------------
                                                                         $797.63

                              Deductions:     PRETAX pretaxable insurance              $42.36
                                                                                  -----------------
                                                                                        $42.36

                              Taxes On Wages: FICA Soc Sec Withheld                     $46.83
                                              FICA Medicare Withheld                    $10.95
                                              Federal Withheld                          $44.37
```

Employee ID     Name                        Soc Sec Number
--------------------------------------------------------------------------------------------------------

| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |
|------|----------|------|----------|----------|--------------|-------------|-------------|-----------|
| | | | | OK State Withheld | | | $4.00 | |
| | | | | | | | ------------------ | |
| | | | | | | | $106.15 | |
| | | | | | | | | ------------------ |
| | | | | | | | | $649.12 |
| | | | | | | | | ================== |

000000000000639 Morales, Martha L          ▓▓▓▓-2800
1100   Hourly       720HOU  7HKHOU          $8.000        72.25        $578.00
                                                        ------------------
                                                                       $578.00

                   Taxes On Wages: FICA Soc Sec Withheld                        $35.84
                                   FICA Medicare Withheld                        $8.39
                                   Federal Withheld                             $25.00
                                   OK State Withheld                             $3.00
                                                                        ------------------
                                                                               $72.23

                                                                                              ------------------
                                                                                              $505.77
                                                                                              ==================

000000000000642 Dobbs, Alexis C            ▓▓▓▓-1554
1100   Hourly       820NUR  8RANUR          $9.500        76.75        $729.13
                                                        ------------------
                                                                       $729.13

                   Taxes On Wages: FICA Soc Sec Withheld                        $45.20
                                   FICA Medicare Withheld                       $10.57
                                   Federal Withheld                             $58.31
                                   OK State Withheld                            $16.00
                                                                        ------------------
                                                                               $130.08

                                                                                              ------------------
                                                                                              $599.05
                                                                                              ==================

000000000000644 Garcia, Lizette            ▓▓▓▓-8043
1100   Hourly       810NUR  8PNNUR          $17.000       80.00        $1,360.00
2200   Overtime     810NUR  8PNNUR          $25.500        4.25        $108.38
                                                        ------------------
                                                                       $1,468.38

                   Taxes On Wages: FICA Soc Sec Withheld                        $91.04
                                   FICA Medicare Withheld                       $21.29
                                   Federal Withheld                            $193.73
                                   OK State Withheld                            $57.00
                                                                        ------------------
                                                                               $363.06

                                                                                              ------------------
                                                                                              $1,105.32
                                                                                              ==================

000000000000645 Hopkins, Lisa L            ▓▓▓▓-7274

Employee ID     Name                          Soc Sec Number
---------------------------------------------------------------------------------------------------------------
   Code   Pay Type       Dept    Position        Pay Rate    Amount/Units    Gross Wages    Ben/Ded/Tax    Net Wages
---------------------------------------------------------------------------------------------------------------
   1100   Hourly       810NUR  8ADNUR           $20.000          70.50     $1,410.00
                                                                        ------------------
                                                                          $1,410.00

                                Deductions:    PRETAX pretaxable insurance                      $42.36
                                                                                        ------------------
                                                                                            $42.36

                                Taxes On Wages: FICA Soc Sec Withheld                          $84.79
                                         .      FICA Medicare Withheld                         $19.83
                                                Federal Withheld                              $176.01
                                                OK State Withheld                              $52.00
                                                                                        ------------------
                                                                                           $332.63

                                                                                                       ------------------
                                                                                                         $1,035.01
                                                                                                       ==================

000000000000646 Rutherford, Leona G             ███████2866
   1100   Hourly       710DIE  7DHDIE            $8.000          80.00      $640.00
   2200   Overtime     710DIE  7DHDIE           $12.000           0.25        $3.00
                                                                        ------------------
                                                                            $643.00

                                Taxes On Wages: FICA Soc Sec Withheld                          $39.86
                                                FICA Medicare Withheld                          $9.32
                                                Federal Withheld                               $45.39
                                                OK State Withheld                              $12.00
                                                                                        ------------------
                                                                                           $106.57

                                                                                                       ------------------
                                                                                                           $536.43
                                                                                                       ==================

000000000000648 Wallington, Brittany Lyn        ███████5577
   1100   Hourly       810NUR  8PANUR            $9.000          67.25      $605.25
                                                                        ------------------
                                                                            $605.25

                                Deductions:    GARNSH Garnishment                             $121.33
                                                                                        ------------------
                                                                                           $121.33

                                Taxes On Wages: FICA Soc Sec Withheld                          $37.53
                                                FICA Medicare Withheld                          $8.77
                                                Federal Withheld                               $61.65
                                                OK State Withheld                              $12.00
                                                                                        ------------------
                                                                                           $119.95

                                                                                                       ------------------
                                                                                                           $363.97
                                                                                                       ==================

000000000000650 Gordon, Clinton                 ███████4498
   1100   Hourly       810NUR  8PANUR            $9.500          75.25      $714.88
                                                                        ------------------

```
Employee ID    Name                        Soc Sec Number
-----------------------------------------------------------------------------------------------------------
   Code   Pay Type      Dept   Position         Pay Rate   Amount/Units   Gross Wages   Ben/Ded/Tax   Net Wages
-----------------------------------------------------------------------------------------------------------
```

|  |  |  |  |  |  | Gross Wages | Ben/Ded/Tax | Net Wages |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | $714.88 |  |  |
|  | Taxes On Wages: FICA Soc Sec Withheld |  |  |  |  |  | $44.32 |  |
|  |  | FICA Medicare Withheld |  |  |  |  | $10.37 |  |
|  |  | Federal Withheld |  |  |  |  | $78.10 |  |
|  |  | OK State Withheld |  |  |  |  | $17.00 |  |
|  |  |  |  |  |  |  | ------------- |  |
|  |  |  |  |  |  |  | $149.79 |  |
|  |  |  |  |  |  |  |  | ------------- |
|  |  |  |  |  |  |  |  | $565.09 |
|  |  |  |  |  |  |  |  | ============= |

```
000000000000652 Salas, Maria Selina            2673
   1100   Hourly       810NUR 8PANUR       $9.000         80.00      $720.00
   2200   Overtime     810NUR 8PANUR      $13.500          4.00       $54.00
                                                                  -----------------
                                                                        $774.00
```

|  |  |  |  |  |  | Gross Wages | Ben/Ded/Tax | Net Wages |
|---|---|---|---|---|---|---|---|---|
|  | Deductions: | PRETAX pretaxable insurance |  |  |  |  | $42.36 |  |
|  |  |  |  |  |  |  | ------------- |  |
|  |  |  |  |  |  |  | $42.36 |  |
|  | Taxes On Wages: FICA Soc Sec Withheld |  |  |  |  |  | $45.36 |  |
|  |  | FICA Medicare Withheld |  |  |  |  | $10.61 |  |
|  |  | Federal Withheld |  |  |  |  | $36.77 |  |
|  |  | OK State Withheld |  |  |  |  | $14.00 |  |
|  |  |  |  |  |  |  | ------------- |  |
|  |  |  |  |  |  |  | $106.74 |  |
|  |  |  |  |  |  |  |  | ------------- |
|  |  |  |  |  |  |  |  | $624.90 |
|  |  |  |  |  |  |  |  | ============= |

```
000000000000655 Cook, Amy                      2636
   1100   Hourly       810NUR 8PNNUR      $18.000         16.75      $301.50
                                                                  -----------------
                                                                        $301.50
```

|  |  |  |  |  |  | Gross Wages | Ben/Ded/Tax | Net Wages |
|---|---|---|---|---|---|---|---|---|
|  | Taxes On Wages: FICA Soc Sec Withheld |  |  |  |  |  | $18.70 |  |
|  |  | FICA Medicare Withheld |  |  |  |  | $4.38 |  |
|  |  |  |  |  |  |  | ------------- |  |
|  |  |  |  |  |  |  | $23.08 |  |
|  |  |  |  |  |  |  |  | ------------- |
|  |  |  |  |  |  |  |  | $278.42 |
|  |  |  |  |  |  |  |  | ============= |

```
000000000000656 Allison, Kimberly Ann          1797
   1100   Hourly       810NUR 8PANUR       $9.000         80.00      $720.00
   2200   Overtime     810NUR 8PANUR      $13.500          4.00       $54.00
                                                                  -----------------
                                                                        $774.00
```

|  |  |  |  |  |  | Gross Wages | Ben/Ded/Tax | Net Wages |
|---|---|---|---|---|---|---|---|---|
|  | Deductions: | GARNSH Garnishment |  |  |  |  | $155.71 |  |
|  |  |  |  |  |  |  | ------------- |  |
|  |  |  |  |  |  |  | $155.71 |  |
|  | Taxes On Wages: FICA Soc Sec Withheld |  |  |  |  |  | $47.99 |  |

Employee ID    Name                          Soc Sec Number
--------------------------------------------------------------------------------------------------------------------
    Code   Pay Type      Dept    Position       Pay Rate   Amount/Units   Gross Wages    Ben/Ded/Tax        Net Wages
--------------------------------------------------------------------------------------------------------------------
                                             FICA Medicare Withheld                          $11.23
                                             Federal Withheld                                $31.63
                                             OK State Withheld                                $3.00
                                                                                        ------------------
                                                                                            $93.85

                                                                                                          ------------------
                                                                                                              $524.44
                                                                                                          ==================

000000000000657 Miller, Yvette                        1440
    1100   Hourly       810NUR  8PNNUR         $17.000        41.00       $697.00
                                                                     ------------------
                                                                             $697.00

                            Deductions:    PRETAX pretaxable insurance                       $42.36
                                                                                        ------------------
                                                                                            $42.36

                            Taxes On Wages: FICA Soc Sec Withheld                            $40.58
                                            FICA Medicare Withheld                            $9.49
                                            Federal Withheld                                $109.06
                                            OK State Withheld                                $34.00
                                                                                        ------------------
                                                                                           $193.13

                                                                                                          ------------------
                                                                                                              $461.51
                                                                                                          ==================

000000000000662 Quinto, Daniela                       8933
    1100   Hourly       810NUR  8PANUR         $10.000         8.00        $80.00
                                                                     ------------------
                                                                              $80.00

                            Taxes On Wages: FICA Soc Sec Withheld                             $4.96
                                            FICA Medicare Withheld                            $1.16
                                                                                        ------------------
                                                                                             $6.12

                                                                                                          ------------------
                                                                                                               $73.88
                                                                                                          ==================

000000000000665 Troche, Lesly                       -7242
    1100   Hourly       810NUR  8PANUR         $10.000        47.75       $477.50
                                                                     ------------------
                                                                             $477.50

                            Taxes On Wages: FICA Soc Sec Withheld                            $29.60
                                            FICA Medicare Withheld                            $6.93
                                            Federal Withheld                                 $42.49
                                            OK State Withheld                                 $5.00
                                                                                        ------------------
                                                                                            $84.02

                                                                                                          ------------------
                                                                                                              $393.48

Employee ID    Name                     Soc Sec Number
------------------------------------------------------------------------------------------------------------
    Code    Pay Type      Dept    Position      Pay Rate    Amount/Units    Gross Wages    Ben/Ded/Tax    Net Wages
------------------------------------------------------------------------------------------------------------
                                                                                                      ================

000000000000667 Dickerson, Debra R        ▓8266
    1100    Hourly      110ADM  1RCADM        $10.000        50.50        $505.00
                                                                       ------------------
                                                                                      $505.00

                              Taxes On Wages: FICA Soc Sec Withheld                              $31.31
                                              FICA Medicare Withheld                              $7.32
                                              Federal Withheld                                   $46.62
                                              OK State Withheld                                    $7.00
                                                                                       ------------------
                                                                                                  $92.25

                                                                                       ------------------
                                                                                                  $412.75
                                                                                       ================

000000000000668 Foreman, Ashton Rayann      ▓3204
    1100    Hourly      810NUR  8PANUR        $10.000        80.00        $800.00
    2200    Overtime    810NUR  8PANUR        $15.000         0.25          $3.75
                                                                       ------------------
                                                                                      $803.75

                              Taxes On Wages: FICA Soc Sec Withheld                              $49.83
                                              FICA Medicare Withheld                             $11.65
                                              Federal Withheld                                   $91.43
                                              OK State Withheld                                   $22.00
                                                                                       ------------------
                                                                                                 $174.91

                                                                                       ------------------
                                                                                                  $628.84
                                                                                       ================

000000000000669 Buckmaster, Autumn Janette   ▓3089
    1100    Hourly      820NUR  8RANUR        $10.000        49.75        $497.50
                                                                       ------------------
                                                                                      $497.50

                              Taxes On Wages: FICA Soc Sec Withheld                              $30.84
                                              FICA Medicare Withheld                              $7.21
                                                                                       ------------------
                                                                                                  $38.05

                                                                                       ------------------
                                                                                                  $459.45
                                                                                       ================

000000000000670 Rowe, Lachrisha Dawn        ▓7499
    1100    Hourly      710DIE  7DHDIE        $8.500         78.25        $665.13
                                                                       ------------------
                                                                                      $665.13

                              Taxes On Wages: FICA Soc Sec Withheld                              $41.24
                                              FICA Medicare Withheld                              $9.65
                                              Federal Withheld                                   $70.63
                                              OK State Withheld                                   $15.00
                                                                                       ------------------

Employee ID     Name                        Soc Sec Number
--------------------------------------------------------------------------------------------------------
    Code   Pay Type      Dept    Position      Pay Rate    Amount/Units    Gross Wages    Ben/Ded/Tax    Net Wages
--------------------------------------------------------------------------------------------------------
                                                                                          $136.52

                                                                                          ------------------
                                                                                                          $528.61
                                                                                          ==================

000000000000671 Haney, Kylie K                    ████-0732
    1100   Hourly      720HOU  7HKHOU      $8.000         71.25       $570.00
                                                                ------------------
                                                                     $570.00

                              Taxes On Wages: FICA Soc Sec Withheld                       $35.34
                                              FICA Medicare Withheld                       $8.26
                                              Federal Withheld                            $34.44
                                              OK State Withheld                            $8.00
                                                                                          ------------------
                                                                                          $86.04

                                                                                          ------------------
                                                                                                          $483.96
                                                                                          ==================

000000000000672 Cook, Kimberly A                  ████-0466
    1100   Hourly      810NUR  8HPNUR      $8.000         68.75       $550.00
                                                                ------------------
                                                                     $550.00

                              Deductions:     PRETAX pretaxable insurance                 $42.36
                                                                                          ------------------
                                                                                          $42.36

                              Taxes On Wages: FICA Soc Sec Withheld                       $31.47
                                              FICA Medicare Withheld                       $7.36
                                              Federal Withheld                            $47.01
                                              OK State Withheld                            $7.00
                                                                                          ------------------
                                                                                          $92.84

                                                                                          ------------------
                                                                                                          $414.80
                                                                                          ==================

000000000000675 Wright, Falon                     ████-8417
    1100   Hourly      820NUR  8RANUR      $9.000         52.75       $474.75
                                                                ------------------
                                                                     $474.75

                              Taxes On Wages: FICA Soc Sec Withheld                       $29.43
                                              FICA Medicare Withheld                       $6.88
                                              Federal Withheld                            $42.08
                                              OK State Withheld                            $5.00
                                                                                          ------------------
                                                                                          $83.39

                                                                                          ------------------
                                                                                                          $391.36
                                                                                          ==================

Go Ye Village
CALCULATE CHECKS REPORT
U.S. Payroll

| Employee ID | Name | | | Soc Sec Number | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |

**00000000000676 Wrigley, Lily Adele**     ▓3192

| 1100 | Hourly | 820NUR | 8RANUR | $9.000 | 80.00 | $720.00 | | |
| 2200 | Overtime | 820NUR | 8RANUR | $13.500 | 19.00 | $256.50 | | |
| | | | | | | ------------ | | |
| | | | | | | $976.50 | | |

| | | | Taxes On Wages: FICA Soc Sec Withheld | | | | $60.55 | |
| | | | | FICA Medicare Withheld | | | $14.16 | |
| | | | | Federal Withheld | | | $95.42 | |
| | | | | OK State Withheld | | | $29.00 | |
| | | | | | | | ------------ | |
| | | | | | | | $199.13 | |

| | | | | | | | | ------------ |
| | | | | | | | | $777.37 |
| | | | | | | | | ================ |

**00000000000678 Cooper, Kiersten**     ▓870

| 1100 | Hourly | 820NUR | 8RANUR | $9.000 | 37.00 | $333.00 | | |
| | | | | | | ------------ | | |
| | | | | | | $333.00 | | |

| | | | Taxes On Wages: FICA Soc Sec Withheld | | | | $20.65 | |
| | | | | FICA Medicare Withheld | | | $4.83 | |
| | | | | Federal Withheld | | | $25.03 | |
| | | | | OK State Withheld | | | $1.00 | |
| | | | | | | | ------------ | |
| | | | | | | | $51.51 | |

| | | | | | | | | ------------ |
| | | | | | | | | $281.49 |
| | | | | | | | | ================ |

**00000000000682 Teaney, Trynity S**     ▓-9833

| 1100 | Hourly | 710DIE | 7DHDIE | $8.000 | 50.50 | $404.00 | | |
| | | | | | | ------------ | | |
| | | | | | | $404.00 | | |

| | | | Taxes On Wages: FICA Soc Sec Withheld | | | | $25.05 | |
| | | | | FICA Medicare Withheld | | | $5.86 | |
| | | | | Federal Withheld | | | $32.13 | |
| | | | | OK State Withheld | | | $3.00 | |
| | | | | | | | ------------ | |
| | | | | | | | $66.04 | |

| | | | | | | | | ------------ |
| | | | | | | | | $337.96 |
| | | | | | | | | ================ |

**00000000000683 Duncan, Breanna Nicole**     ▓0426

| 1100 | Hourly | 810NUR | 8PANUR | $9.000 | 0.25 | $2.25 | | |
| | | | | | | ------------ | | |
| | | | | | | $2.25 | | |

| | | | Taxes On Wages: FICA Soc Sec Withheld | | | | $0.14 | |
| | | | | FICA Medicare Withheld | | | $0.03 | |
| | | | | | | | ------------ | |
| | | | | | | | $0.17 | |

System: 11/25/2015 3:15:03 PM
User Date: 11/25/2015

Go Ye Village
CALCULATE CHECKS REPORT
U.S. Payroll

Page: 33
User ID: JACOB

| Employee ID | Name | | | Soc Sec Number | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |

|  |  |  |  |  |  |  |  | ------------------ |
|  |  |  |  |  |  |  |  | $2.08 |
|  |  |  |  |  |  |  |  | ================= |

000000000000684 Childers, Christen Hope ▓▓-8530

| 1100 | Hourly | 810NUR | 8PANUR | $10.000 | 52.75 | $527.50 | | |
| | | | | | | ------------------ | | |
| | | | | | | $527.50 | | |

| | | Taxes On Wages: | FICA Soc Sec Withheld | | | | $32.71 | |
| | | | FICA Medicare Withheld | | | | $7.65 | |
| | | | Federal Withheld | | | | $29.87 | |
| | | | OK State Withheld | | | | $16.00 | |
| | | | | | | | ------------------ | |
| | | | | | | | $86.23 | |

|  |  |  |  |  |  |  |  | ------------------ |
|  |  |  |  |  |  |  |  | $441.27 |
|  |  |  |  |  |  |  |  | ================= |

000000000000690 Cooper, Cynthia ▓▓5629

| 1100 | Hourly | 810NUR | 8PANUR | $9.000 | 47.25 | $425.25 | | |
| | | | | | | ------------------ | | |
| | | | | | | $425.25 | | |

| | | Taxes On Wages: | FICA Soc Sec Withheld | | | | $26.36 | |
| | | | FICA Medicare Withheld | | | | $6.16 | |
| | | | Federal Withheld | | | | $34.65 | |
| | | | OK State Withheld | | | | $3.00 | |
| | | | | | | | ------------------ | |
| | | | | | | | $70.17 | |

|  |  |  |  |  |  |  |  | ------------------ |
|  |  |  |  |  |  |  |  | $355.08 |
|  |  |  |  |  |  |  |  | ================= |

000000000000691 Crow, Shannon Y ▓▓-8354

| 1100 | Hourly | 710DIE | 7DHDIE | $8.500 | 56.75 | $482.38 | | |
| | | | | | | ------------------ | | |
| | | | | | | $482.38 | | |

| | | Taxes On Wages: | FICA Soc Sec Withheld | | | | $29.90 | |
| | | | FICA Medicare Withheld | | | | $7.00 | |
| | | | Federal Withheld | | | | $25.35 | |
| | | | OK State Withheld | | | | $4.00 | |
| | | | | | | | ------------------ | |
| | | | | | | | $66.25 | |

|  |  |  |  |  |  |  |  | ------------------ |
|  |  |  |  |  |  |  |  | $416.13 |
|  |  |  |  |  |  |  |  | ================= |

000000000000693 Whitmire, Valerie N ▓▓6825

| 1100 | Hourly | 720HOU | 7HKHOU | $8.000 | 80.00 | $640.00 | | |
| 2200 | Overtime | 720HOU | 7HKHOU | $12.000 | 5.25 | $63.00 | | |
| | | | | | | ------------------ | | |
| | | | | | | $703.00 | | |

Employee ID     Name                          Soc Sec Number
--------------------------------------------------------------------------------------------------------------
    Code   Pay Type       Dept    Position        Pay Rate    Amount/Units    Gross Wages     Ben/Ded/Tax      Net Wages
--------------------------------------------------------------------------------------------------------------
                                        Taxes On Wages: FICA Soc Sec Withheld                     $43.59
                                                        FICA Medicare Withheld                    $10.20
                                                        OK State Withheld                          $5.00
                                                                                          ------------------
                                                                                                  $58.79


                                                                                          ------------------
                                                                                                                 $644.21
                                                                                                            ==================

000000000000695 Retzloff, Gene A              [        ]-0180
    1100   Hourly         810NUR  8PTNUR         $13.000          80.00      $1,040.00
    2200   Overtime       810NUR  8PTNUR         $19.500           6.00        $117.00
                                                                         ------------------
                                                                              $1,157.00

                                        Taxes On Wages: FICA Soc Sec Withheld                     $71.73
                                                        FICA Medicare Withheld                    $16.78
                                                        Federal Withheld                          $55.32
                                                        OK State Withheld                         $37.00
                                                                                          ------------------
                                                                                                 $180.83


                                                                                          ------------------
                                                                                                                 $976.17
                                                                                                            ==================

000000000000696 Todd, Veronica N              [      ]-3257
    1100   Hourly         710DIE  7DHDIE          $8.500          53.00        $450.50
                                                                         ------------------
                                                                                $450.50

                                        Taxes On Wages: FICA Soc Sec Withheld                     $27.93
                                                        FICA Medicare Withheld                     $6.54
                                                        Federal Withheld                          $38.44
                                                        OK State Withheld                          $4.00
                                                                                          ------------------
                                                                                                  $76.91


                                                                                          ------------------
                                                                                                                 $373.59
                                                                                                            ==================

000000000000700 Headings, Desiree F           [      ]-7332
    1100   Hourly         810NUR  8PANUR         $10.000          65.25        $652.50
                                                                         ------------------
                                                                                $652.50

                                        Taxes On Wages: FICA Soc Sec Withheld                     $40.45
                                                        FICA Medicare Withheld                     $9.47
                                                        Federal Withheld                          $46.82
                                                        OK State Withheld                         $12.00
                                                                                          ------------------
                                                                                                 $108.74


                                                                                          ------------------
                                                                                                                 $543.76
                                                                                                            ==================

Employee ID     Name                          Soc Sec Number
--------------------------------------------------------------------------------------------------------
     Code   Pay Type        Dept   Position        Pay Rate    Amount/Units    Gross Wages     Ben/Ded/Tax          Net Wages
--------------------------------------------------------------------------------------------------------

000000000000701 Duncan, Kristin                     ███████9039
     1100   Hourly         810NUR 8PANUR            $9.000          73.75        $663.75
                                                                            -----------------
                                                                                 $663.75

                                  Taxes On Wages: FICA Soc Sec Withheld                         $41.16
                                                  FICA Medicare Withheld                         $9.63
                                                  Federal Withheld                              $70.43
                                                  OK State Withheld                             $15.00
                                                                                        -----------------
                                                                                              $136.22


                                                                                                         -----------------
                                                                                                                   $527.53
                                                                                                         =================

000000000000702 Morton, George D                    ███████2470
     1100   Hourly         810NUR 8PANUR           $10.000          33.00        $330.00
                                                                            -----------------
                                                                                 $330.00

                                  Taxes On Wages: FICA Soc Sec Withheld                         $20.46
                                                  FICA Medicare Withheld                         $4.79
                                                  Federal Withheld                               $1.85
                                                                                        -----------------
                                                                                               $27.10


                                                                                                         -----------------
                                                                                                                   $302.90
                                                                                                         =================

000000000000703 Matanane, Christina Marie           ███████4117
     1100   Hourly         810NUR 8PANUR           $10.000           6.25         $62.50
                                                                            -----------------
                                                                                  $62.50

                                  Taxes On Wages: FICA Soc Sec Withheld                          $3.88
                                                  FICA Medicare Withheld                         $0.91
                                                                                        -----------------
                                                                                                $4.79


                                                                                                         -----------------
                                                                                                                    $57.71
                                                                                                         =================

000000000000704 Olvera, Elizabeth                   ███████8558
     1100   Hourly         810NUR 8PANUR           $10.000          63.75        $637.50
                                                                            -----------------
                                                                                 $637.50

                                  Taxes On Wages: FICA Soc Sec Withheld                         $39.53
                                                  FICA Medicare Withheld                         $9.24
                                                  Federal Withheld                              $66.49
                                                  OK State Withheld                             $13.00
                                                                                        -----------------
                                                                                              $128.26

| Employee ID | Name | | | Soc Sec Number | | | | |
|---|---|---|---|---|---|---|---|---|
| Code | Pay Type | Dept | Position | Pay Rate | Amount/Units | Gross Wages | Ben/Ded/Tax | Net Wages |

|  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  | $509.24 |

| 000000000000705 Jones, Christen S |  |  |  | ████-7363 |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| 1100 | Hourly | 810NUR | 8PHNUR | $11.000 | 16.50 | $181.50 |  |  |
|  |  |  |  |  |  | $181.50 |  |  |

|  |  |  |  | Taxes On Wages: FICA Soc Sec Withheld |  |  | $11.25 |  |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  | FICA Medicare Withheld |  |  | $2.63 |  |
|  |  |  |  |  |  |  | $13.88 |  |

|  |  |  |  |  |  |  |  | $167.62 |
|---|---|---|---|---|---|---|---|---|

```
            REPORT TOTALS:
            WAGES            $108,791.99
            DEDUCTIONS         $3,899.11
            TAXES             $19,747.57
            NET WAGES         $85,145.31
```