UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF OKLAHOMA

IN RE:                                          )
                                                )
GO YE VILLAGE, INC.                             )       CASE NO. 15-81287
                                                )       CHAPTER 11
                                                )
                                                )
            Debtor(s).                          )

NOTICE OF APPOINTMENT
OF UNSECURED CREDITORS COMMITTEE

      Samuel K. Crocker, United States Trustee for Region 20, hereby gives notice of the formation of the Official Committee of the Unsecured Creditors.

| Creditor | Representative |
|---|---|
| Bill Young | William Young, Executor for the Estate of Bill Young<br>P. O. Box 73<br>Gore, OK  74435<br>(918) 519-7386<br>woythree@yahoo.com |
| Doris Barbee | Joseph M. Cross, Proxy<br>321 Heritage St.<br>Branson, MO  65616<br>(417) 294-4988<br>tic57@aol.com |
| Nelson & Lois Kreider | P. O. Box 128<br>Walnut Creek, OH  44687<br>(330) 231-7997 |
| Randle & Joyce Peterson | 6391 LA Hwy 1<br>Shreveport, LA  71107-8757<br>(318) 929-3000 (Randle Cell Phone)<br>(318) 929-9000 (Joyce Cell Phone)<br>(318) 929-2000 FAX<br>randle.peterson@agmd.org<br>joyce.peterson@agmd.org |

| | |
|---|---|
| Thomas F. Henstock | 1203 W. 4th St., Apt. 628<br>Tahlequah, OK 74464-5020<br>(918) 708-6045 |
| Russell & Mary Megee | Peggy Shackleford, Contact<br>7424 S. 228th E. Ave.<br>Broken Arrow, OK 74014<br>(918) 809-3082<br>peggy.shack@gmail.com |
| Gerald & Dana Wagner | Raybann Inbody, Attorney in Fact<br>709 W. Brooks St.<br>Norman, OK 73069<br>(405) 202-1953<br>b.inbody@yahoo.com<br><br>William C. Henley, Attorney<br>3280 Marshall, Ste. 116<br>Norman, OK 73078<br>(405) 329-8562<br>(405) 329-9287<br>william.henley@coxinet.net |
| Dated: December 22, 2015 | UNITED STATES TRUSTEE<br>SAMUEL K. CROCKER<br><br>/s/ Katherine Vance<br>Katherine Vance OBA #9175<br>Assistant U. S. Trustee<br>224 S. Boulder, Rm 225<br>Tulsa, OK 74103<br>(918) 581-6670<br>(918) 581-6674  FAX |

## CERTIFICATE OF MAILING

I hereby give notice that I mailed a true and correct copy of the aforementioned Notice of Appointment of the Unsecured Creditors Committee to the list of the appointed committee and Debtor on the 22nd day of December, 2015, and further Counsel for the debtor, Sam Bratton, and all parties that have requested Notice in the Bankruptcy Court will receive electronic notice by CM/ECF.

/s/ Katherine Vance
Katherine Vance