**Dated: August 8, 2018**

**The following is ORDERED:**



TOM R. CORNISH
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:

GO YE VILLAGE, INC.                    Case No. 15-81287

    Debtor                               Chapter 11

### FINAL DECREE AND ORDER CLOSING CASE

This matter comes before the Court pursuant to the Chapter 11 Final Report and Application for Final Decree filed by the above Debtor on July 29, 2018 (Doc. No. 448) ("Final Report"). The Court, having reviewed the Final Report and being otherwise familiar with the matters of record in the above case,

FINDS:

Except for pending final fee applications, the above bankruptcy case has been fully administered and the Debtor's confirmed Plan of Reorganization has been substantially consummated.

IT IS THEREFORE ORDERED that the Bankruptcy case is closed. The Court shall retain jurisdiction to enter Orders on pending final fee applications of professional persons retained in the case.

# # #

Submitted by:

Sam G. Bratton II, OBA No. 1089
Doerner, Saunders, Daniel & Anderson, L.L.P.
2 West 2nd Street, Suite 700
Tulsa, Oklahoma  74103-3117
Telephone:     918-582-1211
Facsimile:     918-591-5360
sbratton@dsda.com

Counsel for Debtor

4687844.1